# Exhibit 2

| US7457968B2 | The Helper Bees, Inc's website thehelperbees.com ("The accused instrumentality") |
|---|---|
| 1. A method for a security protocol for protecting digital content, comprising: | The accused instrumentality practices a method for a security protocol for protecting digital content as it utilizes TLS 1.3 security protocol.   https://www.thehelperbees.com/ |

| | |
|---|---|
| | <br>https://abilishealth.thehelperbeesportal.com/signin |




https://www.thehelperbees.com/

TLS 1.3 (hereinafter "the standard") defines a security protocol for communicating content such as digital certificate, signatures and application data, etc., between a client and a server. The standard provides a layered protection model in which handshake messages are encrypted with AEAD encryption algorithm (such as TLS_AES_256_GCM_SHA384, etc.) to generate AEAD-encrypted TLSCiphertext record. Handshake messages (such as Certificate and CertificateVerify messages) further contain signature-protected content (e.g., digital certificate or digital signature) encrypted using a signature encryption algorithm (e.g., SHA-256 ECDSA, etc.). The encrypted handshake messages are then transmitted over a secure communication

| | |
|---|---|
| | channel to the receiver-side for decryption.<br><br>**The Transport Layer Security (TLS) Protocol Version 1.3**<br><br>Abstract<br><br>This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.<br>https://datatracker.ietf.org/doc/html/rfc8446 |

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1<br><br>The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. As part of the handshake, the endpoints negotiate (i) an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) that governs record-layer encryption and decryption, and (ii) signature algorithms used to authenticate certificates and verify |

| | |
|---|---|
| | handshake integrity. After the 'Hello' handshake messages (ClientHello and ServerHello), all remaining handshake messages are encrypted using the negotiated AEAD cipher. The standard mandates that the AEAD algorithm used for record decryption must be one of the following cipher suites: TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, or TLS_AES_128_CCM_8_SHA256.<br><br>The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the negotiated cipher suit selected from one of the AEAD decryption algorithms (such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content is then processed using the associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.<br><br>**5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5 |

| | |
|---|---|
| | **2. Protocol Overview** <br> Negotiating encryption/decryption algorithm <br> The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic. <br> https://datatracker.ietf.org/doc/html/rfc8446#section-2 <br><br> TLS consists of two primary components: <br><br> - A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack. <br> Negotiating encryption/decryption algorithm <br><br> - A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys. <br> https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

| | |
|---|---|
| | All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2<br><br>**4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

```
   Figure 1 below shows the basic full TLS handshake:

       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

### 5.1. Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1

### 5.2. Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

First bit stream

First decryption algorithm

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

| | |
|---|---|
| | AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>`additional_data = TLSCiphertext.opaque_type ||`<br>`TLSCiphertext.legacy_record_version ||`<br>`TLSCiphertext.length`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** [First decryption algorithm]<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2<br><br>In order to decrypt and verify, the cipher takes as input the key, nonce, additional data, and the AEADEncrypted value. The output is either the plaintext or an error indicating that the decryption failed. There is no separate integrity check. Symbolically,<br><br>[first decrypted bit stream] plaintext of encrypted_record = AEAD-Decrypt(peer_write_key, nonce, additional_data, AEADEncrypted) [decrypting the remainder of the first bit stream]<br><br>If the decryption fails, the receiver MUST terminate the connection with a "bad_record_mac" alert.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | This specification defines the following cipher suites for use with TLS 1.3.<br><br>\| Description \| Value \|<br>\| TLS_AES_128_GCM_SHA256 \| {0x13,0x01} \|<br>\| TLS_AES_256_GCM_SHA384 \| {0x13,0x02} \|<br>\| TLS_CHACHA20_POLY1305_SHA256 \| {0x13,0x03} \|<br>\| TLS_AES_128_CCM_SHA256 \| {0x13,0x04} \|<br>\| TLS_AES_128_CCM_8_SHA256 \| {0x13,0x05} \|<br><br>https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4<br><br>The handshake messages following the Hello exchange, i.e., an authentication message from the client, comprises a Certificate message (containing the client's X.509 digital certificate, which is signed using a negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.) and a CertificateVerify message (containing a digital signature generated using the negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.). The "signature_algorithms_cert" and "signature_algorithms" extensions are used for negotiations between the client and the server to identify the decryption algorithm to be applied by the receiver. |

| | |
|---|---|
| | **4.4.2. Certificate**<br><br>This message conveys the endpoint's certificate chain to the peer.<br><br>The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).<br><br>The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2). If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0). A Finished message MUST be sent regardless of whether the Certificate message is empty.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2 |

| | |
|---|---|
| | **4.4.2.3. Client Certificate Selection**<br><br>The following rules apply to certificates sent by the client:<br><br>- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).<br><br>- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.<br><br>- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2. Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.<br><br>- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2.3 |

4.4.3. **Certificate Verify**

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

Second decryption algorithm

First decrypted bit stream

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

Transcript-Hash(Handshake Context, Certificate)

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>Second decryption algorithm<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **4.2.3. Signature Algorithms**<br><br>TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures. The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages. The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with. This is a particular issue for RSA keys and PSS signatures, as described below. If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates. Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension. If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).<br><br>The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

<table>
<tr>
<td></td>
<td>

The receiver of a CertificateVerify message MUST verify the signature field. The verification process takes as input:

- The content covered by the digital signature
- The public key contained in the end-entity certificate found in the associated Certificate message
- The digital signature received in the signature field of the CertificateVerify message

Second bit stream

If the verification fails, the receiver MUST terminate the handshake with a "decrypt_error" alert.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

</td>
</tr>
<tr>
<td>obtaining a first decryption algorithm from a first bit stream;</td>
<td>

The standard practices obtaining a first decryption algorithm (e.g., the AEAD cipher suite negotiated between the client and server, such as TLS_AES_256_GCM_SHA384, etc.) from a first bit stream (e.g., the TLSCiphertext record that encapsulates the AEAD-encrypted handshake messages).




*Source: Fiddler Capture*

The standard provides a two-level encryption/decryption process that ensures confidentiality and authenticity of transmitted content. At the transmission side, it

</td>
</tr>
</table>

| | |
|---|---|
| | encrypts a plaintext (e.g., digital certificate or digital content) using a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA-256 ECDSA, etc.) to generate a ciphertext (e.g., signed digital certificate or encrypted digital signature that's included within a CertificateVerify message). The ciphertext is then protected again using a second encryption technique (e.g., AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) as part of the negotiated cipher suite. The encrypted ciphertext is then transmitted over a secure communication channel to the receiver-side for decryption.<br><br>The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content is then processed using the second associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.<br><br>**The Transport Layer Security (TLS) Protocol Version 1.3**<br><br>Abstract<br><br>This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.<br>https://datatracker.ietf.org/doc/html/rfc8446<br><br>The standard defines four record message types, including a handshake message type. |

| | |
|---|---|
| | The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) for encrypting and decrypting TLS record-layer message data. After the 'Hello' handshake messages (ClientHello and ServerHello), all subsequent handshake messages, i.e., authentication messages from the client including Certificate, CertificateVerify, and Finished messages, are encrypted using the negotiated AEAD cipher. The authentication message is a TLS plaintext handshake message encrypted using the negotiated AEAD cipher and converted into authenticated ciphertext. The AEAD encrypted message is communicated between the client and the server. Each encrypted record consists of a plaintext header followed by encrypted body.<br><br>At the receiver side, the encrypted body within the AEAD-encrypted record or TLS ciphertext ('first bit stream') is decrypted using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield the TLS plaintext handshake messages ('first decrypted bit stream').<br><br>**5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5 |

| | |
|---|---|
| | **2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2<br><br>TLS consists of two primary components:<br><br>- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.<br><br>Negotiating encryption/decryption algorithm<br><br>- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys. |

| | |
|---|---|
| | https://datatracker.ietf.org/doc/html/rfc8446#section-1<br><br>All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2<br><br>**4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

Digital Content

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

**5.1. Record Layer**

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1


**5.2. Record Payload Protection**

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.


https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

| | |
|---|---|
| | During the TLS 1.3 handshake, the parties negotiate the cipher suite, which defines the AEAD algorithm, key length, and nonce structure. Each encrypted record that follows ('first bit stream') contains metadata (e.g., record type, sequence number, and initialization vector/IV) from which the receiver reconstructs the AEAD decryption context.<br><br>Further, the AEAD encrypted message ('first bit stream') comprises a ciphertext, nonce, key and associated data. The nonce (e.g., initialization vector) may either be transported with the ciphertext or reconstructed immediately prior to decryption. The length and structure of the nonce are cipher suit specific elements. This information allows the receiver side to reconstruct and instantiate the AEAD decryption context (including the algorithm, nonce, and key) used to decrypt the protected record. Thus, the decryption algorithm context is effectively obtained from the AEAD encrypted message ('first bit stream') itself, corresponding to the claimed step of "obtaining a first decryption algorithm from a first bit stream."<br><br>AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>additional_data = TLSCiphertext.opaque_type \|\|<br>TLSCiphertext.legacy_record_version \|\|<br>TLSCiphertext.length<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case. https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** First decryption algorithm<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2 |

| | |
|---|---|
| | The secret key K MUST NOT be included in any of the other inputs (N, P, and A). (This restriction does not mean that the values of those inputs must be checked to ensure that they do not include substrings that match the key; instead, it means that the key must not be explicitly copied into those inputs.)<br><br>The nonce is authenticated internally to the algorithm, and it is not necessary to include it in the AD input. The nonce MAY be included in P or A if it is convenient to the application.<br><br>The nonce MAY be stored or transported with the ciphertext, or it MAY be reconstructed immediately prior to the authenticated decryption operation. It is sufficient to provide the decryption module with enough information to allow it to construct the nonce. (For example, a system could use a nonce consisting of a sequence number in a particular format, in which case it could be inferred from the order of the ciphertexts.) Because the authenticated decryption process detects incorrect nonce values, no security failure will result if a nonce is incorrectly reconstructed and fed into an authenticated decryption operation. Any nonce reconstruction method will need to take into account the possibility of loss or reorder of ciphertexts between the encryption and decryption processes.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | The AEAD output consists of the ciphertext output from the AEAD encryption operation. The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender. The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2<br><br>Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4). An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS. The per-record nonce for the AEAD construction is formed as follows:<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.3 |

| | |
|---|---|
| | This specification defines the following cipher suites for use with TLS 1.3.<br><br>\| Description \| Value \|<br>\| TLS_AES_128_GCM_SHA256 \| {0x13,0x01} \|<br>\| TLS_AES_256_GCM_SHA384 \| {0x13,0x02} \|<br>\| TLS_CHACHA20_POLY1305_SHA256 \| {0x13,0x03} \|<br>\| TLS_AES_128_CCM_SHA256 \| {0x13,0x04} \|<br>\| TLS_AES_128_CCM_8_SHA256 \| {0x13,0x05} \|<br><br>https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4 |
| decrypting the remainder of the first bit stream to yield a first decrypted bit stream, wherein the decryption of the remainder of the first bit stream is done utilizing the first decryption algorithm obtained from the first bit stream; | The standard practices decrypting the remainder of the first bit stream (e.g., TLS ciphertext within the AEAD-encrypted record) using the first decryption algorithm (e.g., cipher suit selected from one of the AEAD algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield a decrypted bit stream (e.g., TLSPlaintext record containing handshake messages such as Certificate or CertificateVerify). The standard mandates that the AEAD algorithm used for record decryption must be one of the following cipher suites: TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, or TLS_AES_128_CCM_8_SHA256. |

| | |
|---|---|
| | <br>*Source: Fiddler Capture*<br><br>The standard provides a two-level encryption/decryption process that ensures confidentiality and authenticity of transmitted content. At the transmission side, it encrypts a plaintext (e.g., digital certificate or digital signature) using a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA-256 ECDSA, etc.) to generate a ciphertext (e.g., signed digital certificate or encrypted digital signature that's included within a CertificateVerify message). The ciphertext is then protected again using a second encryption technique (e.g., AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) as part of the negotiated cipher suite. The encrypted ciphertext is then transmitted over a secure communication channel to the receiver-side for decryption.<br><br>The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content is then processed using the second associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content. |

| | |
|---|---|
| | **The Transport Layer Security (TLS) Protocol Version 1.3**<br><br>Abstract<br><br>This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.<br>https://datatracker.ietf.org/doc/html/rfc8446<br><br>The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) for encrypting and decrypting TLS record-layer message data. After the 'Hello' handshake messages (ClientHello and ServerHello), all subsequent handshake messages, i.e., authentication messages from the client including Certificate, CertificateVerify, and Finished messages, are encrypted using the negotiated AEAD cipher. The authentication message is a TLS plaintext handshake message encrypted using the negotiated AEAD cipher and converted into authenticated ciphertext. The AEAD encrypted message is communicated between the client and the server. Each encrypted record consists of a plaintext header followed by encrypted body.<br><br>At the receiver side, the encrypted body ('remainder of the first stream') within the AEAD-encrypted record or TLS ciphertext ('first bit stream') is decrypted using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield the TLS plaintext handshake messages ('first decrypted bit stream'). |

| | |
|---|---|
| | **5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5<br><br>**2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-2 |

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

Negotiating encryption/decryption algorithm

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

| | |
|---|---|
| | **4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

**5.1. Record Layer**

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1

**5.2. Record Payload Protection**

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

First bit stream

Remainder of the first bit stream

First decryption algorithm

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

During the TLS 1.3 handshake, the parties negotiate the cipher suite, which defines the

| | |
|---|---|
| | AEAD algorithm, key length, and nonce structure. Each encrypted record that follows ('first bit stream') contains metadata (e.g., record type, sequence number, and initialization vector/IV) from which the receiver reconstructs the AEAD decryption context.<br><br>Further, the AEAD encrypted message ('first bit stream') comprises a ciphertext, nonce, key and associated data. The nonce (e.g., initialization vector) may either be transported with the ciphertext or reconstructed immediately prior to decryption. The length and structure of the nonce are cipher suit specific elements. This information allows the receiver side to reconstruct and instantiate the AEAD decryption context (including the algorithm, nonce, and key) used to decrypt the protected record ('remainder of the first bit stream'). Thus, the decryption algorithm context is effectively obtained from the AEAD encrypted message ('first bit stream') itself, corresponding to the claimed step of "obtaining a first decryption algorithm from a first bit stream."<br><br>AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>additional_data = TLSCiphertext.opaque_type \|\|<br>TLSCiphertext.legacy_record_version \|\|<br>TLSCiphertext.length<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | In order to decrypt and verify, the cipher takes as input the key, nonce, additional data, and the AEADEncrypted value. The output is either the plaintext or an error indicating that the decryption failed. There is no separate integrity check. Symbolically,<br><br>first decrypted bit stream<br>`plaintext of encrypted_record = AEAD-Decrypt(peer_write_key, nonce, additional_data, AEADEncrypted)`<br>decrypting the remainder of the first bit stream<br><br>If the decryption fails, the receiver MUST terminate the connection with a "bad_record_mac" alert.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2<br><br>The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** First decryption algorithm<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2 |

| | |
|---|---|
| | The secret key K MUST NOT be included in any of the other inputs (N, P, and A). (This restriction does not mean that the values of those inputs must be checked to ensure that they do not include substrings that match the key; instead, it means that the key must not be explicitly copied into those inputs.)<br><br>The nonce is authenticated internally to the algorithm, and it is not necessary to include it in the AD input. The nonce MAY be included in P or A if it is convenient to the application.<br><br>The nonce MAY be stored or transported with the ciphertext, or it MAY be reconstructed immediately prior to the authenticated decryption operation. It is sufficient to provide the decryption module with enough information to allow it to construct the nonce. (For example, a system could use a nonce consisting of a sequence number in a particular format, in which case it could be inferred from the order of the ciphertexts.) Because the authenticated decryption process detects incorrect nonce values, no security failure will result if a nonce is incorrectly reconstructed and fed into an authenticated decryption operation. Any nonce reconstruction method will need to take into account the possibility of loss or reorder of ciphertexts between the encryption and decryption processes.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | The AEAD output consists of the ciphertext output from the AEAD encryption operation. The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender. The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm. https://datatracker.ietf.org/doc/html/rfc8446#section-5.2<br><br>Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4). An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS. The per-record nonce for the AEAD construction is formed as follows: https://datatracker.ietf.org/doc/html/rfc8446#section-5.3 |

<table>
<tr><td></td><td>This specification defines the following cipher suites for use with TLS 1.3.<br><br>

<pre>
+------------------------------+-------------+
| Description                  | Value       |
+------------------------------+-------------+
| TLS_AES_128_GCM_SHA256       | {0x13,0x01} |
|                              |             |
| TLS_AES_256_GCM_SHA384       | {0x13,0x02} |
|                              |             |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
|                              |             |
| TLS_AES_128_CCM_SHA256       | {0x13,0x04} |
|                              |             |
| TLS_AES_128_CCM_8_SHA256     | {0x13,0x05} |
+------------------------------+-------------+
</pre>

https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4</td></tr>
<tr><td>obtaining a second decryption algorithm from the first decrypted bit stream; and</td><td>The standard practices obtaining a second decryption algorithm (e.g., signature decryption algorithm i.e., SHA256ECDSA decryption algorithm) from the decrypted bit stream (e.g., TLSPlaintext comprising handshake messages such as Certificate and CertificateVerify).</td></tr>
</table>




*Source: Fiddler Capture*

The standard provides a two-level encryption/decryption process that ensures confidentiality and authenticity of transmitted content. At the transmission side, it encrypts a plaintext (e.g., digital certificate or digital signature) using a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA-256 ECDSA, etc.) to generate a ciphertext (e.g., signed digital certificate or encrypted digital signature that's included within a CertificateVerify message). The ciphertext is then protected again using a second encryption technique (e.g., AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) as part of the negotiated cipher suite. The encrypted ciphertext is then transmitted over a secure communication channel to the receiver-side for decryption.

The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record or the first decrypted bit stream (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content is then processed using the second associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA

| | |
|---|---|
| | etc.) to decrypt and authenticate the protected digital content.<br><br>**The Transport Layer Security (TLS) Protocol Version 1.3**<br><br>Abstract<br><br>This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.<br>https://datatracker.ietf.org/doc/html/rfc8446<br><br>The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) for encrypting and decrypting TLS record-layer message data. After the 'Hello' handshake messages (ClientHello and ServerHello), all subsequent handshake messages, i.e., authentication messages from the client including Certificate, CertificateVerify, and Finished messages, are encrypted using the negotiated AEAD cipher. The authentication message is a TLS plaintext handshake message encrypted using the negotiated AEAD cipher and converted into authenticated ciphertext. The AEAD encrypted message is communicated between the client and the server. Each encrypted record consists of a plaintext header followed by encrypted body.<br><br>At the receiver side, the encrypted body ('remainder of the first stream') within the AEAD-encrypted record or TLS ciphertext ('first bit stream') is decrypted using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield the TLS plaintext handshake messages ('first decrypted bit stream'). |

| | |
|---|---|
| | **5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5<br><br>**2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2 |

TLS consists of two primary components:

- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.

*Negotiating encryption/decryption algorithm*

- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.

https://datatracker.ietf.org/doc/html/rfc8446#section-1

All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.

https://datatracker.ietf.org/doc/html/rfc8446#section-1.2

| | |
|---|---|
| | **4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

Digital Content

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

### 5.1. Record Layer

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1

#### 5.2. Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

First bit stream

Remainder of the first bit stream

First decryption algorithm

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

| | |
|---|---|
| | AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>`additional_data = TLSCiphertext.opaque_type \|\|`<br>`TLSCiphertext.legacy_record_version \|\|`<br>`TLSCiphertext.length`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** First decryption algorithm<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2 |

| | |
|---|---|
| | The secret key K MUST NOT be included in any of the other inputs (N, P, and A). (This restriction does not mean that the values of those inputs must be checked to ensure that they do not include substrings that match the key; instead, it means that the key must not be explicitly copied into those inputs.)<br><br>The nonce is authenticated internally to the algorithm, and it is not necessary to include it in the AD input. The nonce MAY be included in P or A if it is convenient to the application.<br><br>The nonce MAY be stored or transported with the ciphertext, or it MAY be reconstructed immediately prior to the authenticated decryption operation. It is sufficient to provide the decryption module with enough information to allow it to construct the nonce. (For example, a system could use a nonce consisting of a sequence number in a particular format, in which case it could be inferred from the order of the ciphertexts.) Because the authenticated decryption process detects incorrect nonce values, no security failure will result if a nonce is incorrectly reconstructed and fed into an authenticated decryption operation. Any nonce reconstruction method will need to take into account the possibility of loss or reorder of ciphertexts between the encryption and decryption processes.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | The AEAD output consists of the ciphertext output from the AEAD encryption operation. The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender. The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm. https://datatracker.ietf.org/doc/html/rfc8446#section-5.2<br><br>Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4). An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS. The per-record nonce for the AEAD construction is formed as follows: https://datatracker.ietf.org/doc/html/rfc8446#section-5.3 |

| | |
|---|---|
| | This specification defines the following cipher suites for use with TLS 1.3.<br>```<br>+------------------------------+-------------+<br>\| Description                  \| Value       \|<br>+------------------------------+-------------+<br>\| TLS_AES_128_GCM_SHA256       \| {0x13,0x01} \|<br>\|                              \|             \|<br>\| TLS_AES_256_GCM_SHA384       \| {0x13,0x02} \|<br>\|                              \|             \|<br>\| TLS_CHACHA20_POLY1305_SHA256 \| {0x13,0x03} \|<br>\|                              \|             \|<br>\| TLS_AES_128_CCM_SHA256       \| {0x13,0x04} \|<br>\|                              \|             \|<br>\| TLS_AES_128_CCM_8_SHA256     \| {0x13,0x05} \|<br>+------------------------------+-------------+<br>```<br>https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4<br><br>The handshake messages following the Hello exchange, i.e., an authentication message from the client, comprises a Certificate message (containing the client's X.509 digital certificate, which is signed using a negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.) and a CertificateVerify message (containing a digital signature generated using the negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.). The "signature_algorithms_cert" and "signature_algorithms" extensions negotiated between the client and the server identify the decryption algorithm ('second decryption algorithm') to be applied by the receiver.<br><br>As shown below, the digital signature is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital |

| | |
|---|---|
| | signature, has a signature algorithm field that provides information related to the signature decryption algorithm. At the receiver side, after the decryption of the AEAD-encrypted record or TLS ciphertext, the resulting TLSPlaintext ('first decrypted bit stream') contains handshake messages including the Certificate and CertificateVerify messages. Both of these messages specify or imply the signature algorithm that will be used by the receiver to verify ('decrypt') the digital signature. Thus, once the TLSCiphertext ('remainder of the first bit stream') is decrypted, the receiver obtains the information of the decryption signature algorithm from the handshake message fields within the first decrypted bit stream.<br><br>**4.4.2. Certificate**<br><br>This message conveys the endpoint's certificate chain to the peer.<br><br>The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).<br><br>The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2). If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0). A Finished message MUST be sent regardless of whether the Certificate message is empty.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2 |

| | |
|---|---|
| | **4.4.2.3. Client Certificate Selection**<br><br>The following rules apply to certificates sent by the client:<br><br>- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).<br><br>- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.<br><br>- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2. Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.<br><br>- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2.3 |

**4.4.3. Certificate Verify**

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

Second decryption algorithm

First decrypted bit stream

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

Transcript-Hash(Handshake Context, Certificate)

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

**4.3.2. Certificate Request**

A server which is authenticating with a certificate MAY optionally request a certificate from the client. This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>Second decryption algorithm<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **4.2.3. Signature Algorithms**<br><br>TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures. The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages. The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with. This is a particular issue for RSA keys and PSS signatures, as described below. If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates. Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension. If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).<br><br>The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

| | |
|---|---|
| | The "extension_data" field of these extensions contains a SignatureSchemeList value:<br><br>`enum {`<br>`/* RSASSA-PKCS1-v1_5 algorithms */`<br>`rsa_pkcs1_sha256(0x0401),`<br>`rsa_pkcs1_sha384(0x0501),`<br>`rsa_pkcs1_sha512(0x0601),`<br><br>`/* ECDSA algorithms */`<br>`ecdsa_secp256r1_sha256(0x0403),`<br>`ecdsa_secp384r1_sha384(0x0503),`<br>`ecdsa_secp521r1_sha512(0x0603),`<br><br>`/* RSASSA-PSS algorithms with public key OID rsaEncryption */`<br>`rsa_pss_rsae_sha256(0x0804),`<br>`rsa_pss_rsae_sha384(0x0805),`<br>`rsa_pss_rsae_sha512(0x0806),`<br><br>`/* EdDSA algorithms */`<br>`ed25519(0x0807),`<br>`ed448(0x0808),`<br><br>`/* RSASSA-PSS algorithms with public key OID RSASSA-PSS */`<br>`rsa_pss_pss_sha256(0x0809),`<br>`rsa_pss_pss_sha384(0x080a),`<br>`rsa_pss_pss_sha512(0x080b),`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

| | |
|---|---|
| | certificate_request_context: An opaque string which identifies the certificate request and which will be echoed in the client's Certificate message. The certificate_request_context MUST be unique within the scope of this connection (thus preventing replay of client CertificateVerify messages). This field SHALL be zero length unless used for the post-handshake authentication exchanges described in Section 4.6.2. When requesting post-handshake authentication, the server SHOULD make the context unpredictable to the client (e.g., by randomly generating it) in order to prevent an attacker who has temporary access to the client's private key from pre-computing valid CertificateVerify messages.<br><br>extensions: A set of extensions describing the parameters of the certificate being requested. The "signature_algorithms" extension MUST be specified, and other extensions may optionally be included if defined for this message. Clients MUST ignore unrecognized extensions.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2 |

| | |
|---|---|
| | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.<br><br>In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate. RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms". The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3<br><br>The receiver of a CertificateVerify message MUST verify the signature field. The verification process takes as input:<br><br>First decrypted bit stream<br><br>- The content covered by the digital signature<br><br>- The public key contained in the end-entity certificate found in the associated Certificate message<br><br>- The digital signature received in the signature field of the CertificateVerify message<br><br>If the verification fails, the receiver MUST terminate the handshake with a "decrypt_error" alert.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3 |
| decrypting the | The standard practices decrypting the remainder of the second bit stream (e.g., the |

<table>
<tr>
<td>remainder of the second bit stream to yield a second decrypted bit stream, wherein the decryption of the remainder of the second bit stream is done utilizing the second decryption algorithm obtained from the second bit stream.</td>
<td>

digitally signed content within the Certificate and/or CertificateVerify message) using the second decryption algorithm (e.g., signature decryption algorithm i.e., SHA256ECDSA decryption algorithm) obtained from the first decrypted bit stream or second bit stream (e.g., TLSPlaintext comprising handshake messages).




*Source: Fiddler Capture*

The standard provides a two-level encryption/decryption process that ensures confidentiality and authenticity of transmitted content. At the transmission side, it encrypts a plaintext (e.g., digital certificate or digital signature) using a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA-256 ECDSA, etc.) to generate a ciphertext (e.g., signed digital certificate or encrypted digital signature that's included within a CertificateVerify message). The ciphertext is then protected again using a second encryption technique (e.g., AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) as part of the negotiated cipher suite. The encrypted ciphertext is then transmitted over a secure communication channel to the receiver-side for decryption.

The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption

</td>
</tr>
</table>

| | |
|---|---|
| | algorithms such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content ('remainder of the second bit stream') is then processed using the second associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.<br><br>**The Transport Layer Security (TLS) Protocol Version 1.3**<br><br>Abstract<br><br>This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.<br>https://datatracker.ietf.org/doc/html/rfc8446<br><br>The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) for encrypting and decrypting TLS record-layer message data. After the 'Hello' handshake messages (ClientHello and ServerHello), all subsequent handshake messages, i.e., authentication messages from the client including Certificate, CertificateVerify, and Finished messages, are encrypted using the negotiated AEAD cipher. The authentication message is a TLS plaintext handshake message encrypted using the negotiated AEAD cipher and converted into authenticated ciphertext. The AEAD encrypted message is communicated between the client and the server. Each encrypted record consists of a plaintext header followed by encrypted body.<br><br>At the receiver side, the encrypted body ('remainder of the first stream') within the AEAD- |

| | |
|---|---|
| | encrypted record or TLS ciphertext ('first bit stream') is decrypted using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield the TLS plaintext handshake messages ('first decrypted bit stream').<br><br>**5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5 |

| | |
|---|---|
| | **2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-2<br><br>TLS consists of two primary components:<br><br>- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.<br><br>Negotiating encryption/decryption algorithm<br><br>- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

| | |
|---|---|
| | All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2<br><br>**4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

```
   Figure 1 below shows the basic full TLS handshake:

       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

**5.1. Record Layer**

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1

**5.2. Record Payload Protection**

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

First bit stream

First decryption algorithm

Remainder of the first bit stream

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

| | |
|---|---|
| | AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>`additional_data = TLSCiphertext.opaque_type ‖`<br>`TLSCiphertext.legacy_record_version ‖`<br>`TLSCiphertext.length`<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** First decryption algorithm<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2 |

| | |
|---|---|
| | The secret key K MUST NOT be included in any of the other inputs (N, P, and A). (This restriction does not mean that the values of those inputs must be checked to ensure that they do not include substrings that match the key; instead, it means that the key must not be explicitly copied into those inputs.)<br><br>The nonce is authenticated internally to the algorithm, and it is not necessary to include it in the AD input. The nonce MAY be included in P or A if it is convenient to the application.<br><br>The nonce MAY be stored or transported with the ciphertext, or it MAY be reconstructed immediately prior to the authenticated decryption operation. It is sufficient to provide the decryption module with enough information to allow it to construct the nonce. (For example, a system could use a nonce consisting of a sequence number in a particular format, in which case it could be inferred from the order of the ciphertexts.) Because the authenticated decryption process detects incorrect nonce values, no security failure will result if a nonce is incorrectly reconstructed and fed into an authenticated decryption operation. Any nonce reconstruction method will need to take into account the possibility of loss or reorder of ciphertexts between the encryption and decryption processes.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | The AEAD output consists of the ciphertext output from the AEAD encryption operation. The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender. The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2<br><br>Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4). An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS. The per-record nonce for the AEAD construction is formed as follows:<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.3 |

| | |
|---|---|
| | This specification defines the following cipher suites for use with TLS 1.3.<br>```<br>+------------------------------+-------------+<br>\| Description                  \| Value       \|<br>+------------------------------+-------------+<br>\| TLS_AES_128_GCM_SHA256       \| {0x13,0x01} \|<br>\|                              \|             \|<br>\| TLS_AES_256_GCM_SHA384       \| {0x13,0x02} \|<br>\|                              \|             \|<br>\| TLS_CHACHA20_POLY1305_SHA256 \| {0x13,0x03} \|<br>\|                              \|             \|<br>\| TLS_AES_128_CCM_SHA256       \| {0x13,0x04} \|<br>\|                              \|             \|<br>\| TLS_AES_128_CCM_8_SHA256     \| {0x13,0x05} \|<br>+------------------------------+-------------+<br>```<br>https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4<br><br>The handshake messages following the Hello exchange, i.e., an authentication message from the client, comprises a Certificate message (containing the client's X.509 digital certificate, which is signed using a negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.) and a CertificateVerify message (containing a digital signature generated using the negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.). The "signature_algorithms_cert" and "signature_algorithms" extensions negotiated between the client and the server identify the decryption algorithm ('second decryption algorithm') to be applied by the receiver.<br><br>As shown below, the digital signature is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital |

| | |
|---|---|
| | signature, has a signature algorithm field that provides information related to the signature decryption algorithm. At the receiver side, after the decryption of the AEAD-encrypted record or TLS ciphertext, the resulting TLSPlaintext ('first decrypted bit stream') contains handshake messages including the Certificate and CertificateVerify messages ('second bit stream'). Each of these messages contains a digital signature or a certificate signed using a negotiated signature algorithm, which defines the verification ('decryption') operation to be performed by the receiver. Thus, the receiver effectively performs a decryption of the digital signature field ('the remainder of the second bit stream') using the indicated signature algorithm ('the second decryption algorithm') to obtain the verified plaintext (i.e., the authenticated transcript hash or validated digital certificate). This verification/decryption step yields the "second decrypted bit stream" corresponding to the authenticated digital content.<br><br>**4.4.2. Certificate**<br><br>This message conveys the endpoint's certificate chain to the peer.<br><br>The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).<br><br>The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2). If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0). A Finished message MUST be sent regardless of whether the Certificate message is empty. |

| | |
|---|---|
| | https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2<br><br>**4.4.2.3. Client Certificate Selection**<br><br>The following rules apply to certificates sent by the client:<br><br>- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).<br><br>- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.<br><br>- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2. Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.<br><br>- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2.3 |

4.4.3. **Certificate Verify**

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

Second decryption algorithm

First decrypted bit stream or second bit stream

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

Remainder of the second bit stream

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

Transcript-Hash(Handshake Context, Certificate)

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

| | |
|---|---|
| | **4.3.2. Certificate Request**<br><br>A server which is authenticating with a certificate MAY optionally request a certificate from the client. This message, if sent, MUST follow EncryptedExtensions.<br><br>Structure of this message:<br><br>`struct {`<br>`opaque certificate_request_context<0..2^8-1>;`<br>`Extension extensions<2..2^16-1>;`<br>`} CertificateRequest;`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2 |

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>Second decryption algorithm<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **4.2.3. Signature Algorithms**<br><br>TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures. The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages. The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with. This is a particular issue for RSA keys and PSS signatures, as described below. If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates. Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension. If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).<br><br>The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

| | |
|---|---|
| | The "extension_data" field of these extensions contains a SignatureSchemeList value:<br><br>`enum {`<br>`    /* RSASSA-PKCS1-v1_5 algorithms */`<br>`    rsa_pkcs1_sha256(0x0401),`<br>`    rsa_pkcs1_sha384(0x0501),`<br>`    rsa_pkcs1_sha512(0x0601),`<br><br>`    /* ECDSA algorithms */`<br>`    ecdsa_secp256r1_sha256(0x0403),`<br>`    ecdsa_secp384r1_sha384(0x0503),`<br>`    ecdsa_secp521r1_sha512(0x0603),`<br><br>`    /* RSASSA-PSS algorithms with public key OID rsaEncryption */`<br>`    rsa_pss_rsae_sha256(0x0804),`<br>`    rsa_pss_rsae_sha384(0x0805),`<br>`    rsa_pss_rsae_sha512(0x0806),`<br><br>`    /* EdDSA algorithms */`<br>`    ed25519(0x0807),`<br>`    ed448(0x0808),`<br><br>`    /* RSASSA-PSS algorithms with public key OID RSASSA-PSS */`<br>`    rsa_pss_pss_sha256(0x0809),`<br>`    rsa_pss_pss_sha384(0x080a),`<br>`    rsa_pss_pss_sha512(0x080b),`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

| | |
|---|---|
| | certificate_request_context: An opaque string which identifies the certificate request and which will be echoed in the client's Certificate message. The certificate_request_context MUST be unique within the scope of this connection (thus preventing replay of client CertificateVerify messages). This field SHALL be zero length unless used for the post-handshake authentication exchanges described in Section 4.6.2. When requesting post-handshake authentication, the server SHOULD make the context unpredictable to the client (e.g., by randomly generating it) in order to prevent an attacker who has temporary access to the client's private key from pre-computing valid CertificateVerify messages.<br><br>extensions: A set of extensions describing the parameters of the certificate being requested. The "signature_algorithms" extension MUST be specified, and other extensions may optionally be included if defined for this message. Clients MUST ignore unrecognized extensions.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2 |

If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.

In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate. RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms". The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

The receiver of a CertificateVerify message MUST verify the signature field. The verification process takes as input:

First decrypted bit stream or second bit stream

- The content covered by the digital signature

- The public key contained in the end-entity certificate found in the associated Certificate message

- The digital signature received in the signature field of the CertificateVerify message

Remainder of the second bit stream

If the verification fails, the receiver MUST terminate the handshake with a "decrypt_error" alert.

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

As shown below, the receiving party will be able to decrypt the encrypted message with the provided signature decryption algorithm information i.e., SHA-256 ECDSA decryption algorithm.

| | |
|---|---|
| | We are now prepared to show that we can decrypt encrypted messages. We can find a pair of large prime numbers $p$ and $q$, compute $n = pq$ and $\varphi(n) = (p-1)(q-1)$, find $d$ which is relatively prime to $\varphi(n)$, and compute the value $e$ for which $de \equiv 1 \pmod{\varphi(n)}$. we know that $de - 1$ is divisible by $\varphi(n)$, so there is a number $k$ satisfying $de = 1 + k\varphi(n)$.<br><br>Recall from Section II that $(e, n)$ is the encryption key and $(d, n)$ is the decryption key. If $m$ is a plaintext message, then the ciphertext is<br><br>$c = m^e \bmod n.$<br><br>To decrypt, we compute $c^d \bmod n$ to obtain<br><br>$c^d \bmod n = (m^e \bmod n)^d \bmod n = m^{de} \bmod n = m^{1+k\varphi(n)} \bmod n.$<br><br>The result of Exercise 3.13 tells us that<br><br>$m \equiv m^{1+k\varphi(n)} \pmod{n},$ second decryption<br><br>https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |

| | |
|---|---|
| | The solution to the problem is that one never signs an actual message. Rather one signs a value derived from that message. A *cryptographic hash function* is a function that computes a *message authentication code* from a message. The message authentication code is of fixed size, typically 160 of 512 bits long. The function is designed so that it is extremely unlikely that two different messages will correspond to the same code. You may have seen references to the commonly used hash functions MD5, SHA-1, and SHA-256. Suppose that $H$ is a cryptographic hash function. To sign a message $m$, party $A$ computes $h = D_A(H(m))$ and sends $E_B(m,h)$ to $B$. Party $B$ now has evidence that $A$ signed $m$ because $E_A(h) = H(m)$, and $A$ is the only one who could have generated a value $h$ with that property.<br>https://cs.pomona.edu/~dkauchak/classes/s17/cs52-s17/handouts/encryption.pdf |
| 2. The method of claim 1, wherein the second decrypted bit stream comprises digital content. | The standard practices that the result of decrypting the Certificate and CertificateVerify messages ('the second decrypted bit stream') using the corresponding signature decryption algorithms comprises digital content. |

| | |
|---|---|
| | <br>https://www.thehelperbees.com/ |




https://abilishealth.thehelperbeesportal.com/signin

The standard provides a two-level encryption/decryption process that ensures confidentiality and authenticity of transmitted content. At the transmission side, it encrypts a plaintext (e.g., digital certificate or digital signature) using a first encryption algorithm (e.g., signature encryption algorithm i.e., SHA-256 ECDSA, etc.) to generate a ciphertext (e.g., signed digital certificate or encrypted digital signature that’s included within a CertificateVerify message). The ciphertext is then protected again using a second encryption technique (e.g., AEAD encryption algorithm such as TLS_AES_256_GCM_SHA384, etc.) as part of the negotiated cipher suite. The encrypted ciphertext is then transmitted over a secure communication channel to the receiver-side for decryption.

The standard further discloses performing, at the receiver side, a two-level decryption

| | |
|---|---|
| | process. The receiver decrypts the AEAD-encrypted record using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content ('remainder of the second bit stream') is then processed using the second associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.<br><br>**The Transport Layer Security (TLS) Protocol Version 1.3**<br><br>Abstract<br><br>This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.<br>https://datatracker.ietf.org/doc/html/rfc8446<br><br>The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. A client device and a server negotiate an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) for encrypting and decrypting TLS record-layer message data. After the 'Hello' handshake messages (ClientHello and ServerHello), all subsequent handshake messages, i.e., authentication messages from the client including Certificate, CertificateVerify, and Finished messages, are encrypted using the negotiated AEAD cipher. The authentication message is a TLS plaintext handshake message encrypted using the negotiated AEAD cipher and converted into authenticated ciphertext. The AEAD encrypted message is communicated between the client and the server. Each encrypted record consists of a plaintext header followed by encrypted body. |

| | |
|---|---|
| | At the receiver side, the encrypted body ('remainder of the first stream') within the AEAD-encrypted record or TLS ciphertext ('first bit stream') is decrypted using the first associated decryption algorithm (e.g., cipher suit selected from one of the AEAD decryption algorithms such as TLS_AES_256_GCM_SHA384, etc.) to yield the TLS plaintext handshake messages ('first decrypted bit stream').<br><br>**5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5 |

| | |
|---|---|
| | **2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2<br><br>TLS consists of two primary components:<br><br>- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.<br><br>Negotiating encryption/decryption algorithm<br><br>- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

| | |
|---|---|
| | All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2<br><br>**4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1 |

**5.1. Record Layer**

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1



**5.2. Record Payload Protection**

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.



https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

| | |
|---|---|
| | AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>additional_data = TLSCiphertext.opaque_type \|\|<br>TLSCiphertext.legacy_record_version \|\|<br>TLSCiphertext.length<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** First decryption algorithm<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2 |

| | |
|---|---|
| | The secret key K MUST NOT be included in any of the other inputs (N, P, and A). (This restriction does not mean that the values of those inputs must be checked to ensure that they do not include substrings that match the key; instead, it means that the key must not be explicitly copied into those inputs.)<br><br>The nonce is authenticated internally to the algorithm, and it is not necessary to include it in the AD input. The nonce MAY be included in P or A if it is convenient to the application.<br><br>The nonce MAY be stored or transported with the ciphertext, or it MAY be reconstructed immediately prior to the authenticated decryption operation. It is sufficient to provide the decryption module with enough information to allow it to construct the nonce. (For example, a system could use a nonce consisting of a sequence number in a particular format, in which case it could be inferred from the order of the ciphertexts.) Because the authenticated decryption process detects incorrect nonce values, no security failure will result if a nonce is incorrectly reconstructed and fed into an authenticated decryption operation. Any nonce reconstruction method will need to take into account the possibility of loss or reorder of ciphertexts between the encryption and decryption processes.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | The AEAD output consists of the ciphertext output from the AEAD encryption operation. The length of the plaintext is greater than the corresponding TLSPlaintext.length due to the inclusion of TLSInnerPlaintext.type and any padding supplied by the sender. The length of the AEAD output will generally be larger than the plaintext, but by an amount that varies with the AEAD algorithm.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2<br><br>Each AEAD algorithm will specify a range of possible lengths for the per-record nonce, from N_MIN bytes to N_MAX bytes of input [RFC5116]. The length of the TLS per-record nonce (iv_length) is set to the larger of 8 bytes and N_MIN for the AEAD algorithm (see [RFC5116], Section 4). An AEAD algorithm where N_MAX is less than 8 bytes MUST NOT be used with TLS. The per-record nonce for the AEAD construction is formed as follows:<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.3 |

This specification defines the following cipher suites for use with TLS 1.3.

| Description | Value |
|---|---|
| TLS_AES_128_GCM_SHA256 | {0x13,0x01} |
| TLS_AES_256_GCM_SHA384 | {0x13,0x02} |
| TLS_CHACHA20_POLY1305_SHA256 | {0x13,0x03} |
| TLS_AES_128_CCM_SHA256 | {0x13,0x04} |
| TLS_AES_128_CCM_8_SHA256 | {0x13,0x05} |

https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4

The handshake messages following the Hello exchange, i.e., an authentication message from the client, comprises a Certificate message (containing the client's X.509 digital certificate, which is signed using a negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.) and a CertificateVerify message (containing a digital signature generated using the negotiated signature algorithm, e.g., RSA-PSS or ECDSA etc.). The "signature_algorithms_cert" and "signature_algorithms" extensions negotiated between the client and the server identify the decryption algorithm ('second decryption algorithm') to be applied by the receiver.

As shown below, the digital signature is encrypted with the signature encryption algorithm and the certificate verify message, associated with the encrypted digital

| | |
|---|---|
| | signature, has a signature algorithm field that provides information related to the signature decryption algorithm. At the receiver side, after the decryption of the AEAD-encrypted record or TLS ciphertext, the resulting TLSPlaintext ('first decrypted bit stream') contains handshake messages including the Certificate and CertificateVerify messages ('second bit stream'). Each of these messages contains a digital signature or a certificate signed using a negotiated signature algorithm, which defines the verification ('decryption') operation to be performed by the receiver. Thus, the receiver effectively performs a decryption of the digital signature field ('the remainder of the second bit stream') using the indicated signature algorithm ('the second decryption algorithm') to obtain the verified plaintext (i.e., the authenticated transcript hash or validated digital certificate). This verification/decryption step yields the "second decrypted bit stream" corresponding to the authenticated digital content.<br><br>These outputs constitute digital content because they are structured digital data used by the protocol to establish the end-point's identity and to complete the handshake. The standard treats certificates, transcript hashes, and handshake message fields as digital data objects processed by the protocol.<br>Thus, the verification/decryption step yields the "second decrypted bit stream" corresponding to the authenticated digital content. |

| | |
|---|---|
| | **4.4.2. Certificate**<br><br>This message conveys the endpoint's certificate chain to the peer.<br><br>The server MUST send a Certificate message whenever the agreed-upon key exchange method uses certificates for authentication (this includes all key exchange methods defined in this document except PSK).<br><br>The client MUST send a Certificate message if and only if the server has requested client authentication via a CertificateRequest message (Section 4.3.2). If the server requests client authentication but no suitable certificate is available, the client MUST send a Certificate message containing no certificates (i.e., with the "certificate_list" field having length 0). A Finished message MUST be sent regardless of whether the Certificate message is empty.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2 |

| | |
|---|---|
| | **4.4.2.3. Client Certificate Selection**<br><br>The following rules apply to certificates sent by the client:<br><br>- The certificate type MUST be X.509v3 [RFC5280], unless explicitly negotiated otherwise (e.g., [RFC7250]).<br><br>- If the "certificate_authorities" extension in the CertificateRequest message was present, at least one of the certificates in the certificate chain SHOULD be issued by one of the listed CAs.<br><br>- The certificates MUST be signed using an acceptable signature algorithm, as described in Section 4.3.2. Note that this relaxes the constraints on certificate-signing algorithms found in prior versions of TLS.<br><br>- If the CertificateRequest message contained a non-empty "oid_filters" extension, the end-entity certificate MUST match the extension OIDs that are recognized by the client, as described in Section 4.2.5.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.2.3 |

**4.4.3. Certificate Verify**

This message is used to provide explicit proof that an endpoint possesses the private key corresponding to its certificate. The CertificateVerify message also provides integrity for the handshake up to this point. Servers MUST send this message when authenticating via a certificate. Clients MUST send this message whenever authenticating via a certificate (i.e., when the Certificate message is non-empty). When sent, this message MUST appear immediately after the Certificate message and immediately prior to the Finished message.

Structure of this message:

Second decryption algorithm

First decrypted bit stream or second bit stream

```
struct {
    SignatureScheme algorithm;
    opaque signature<0..2^16-1>;
} CertificateVerify;
```

Remainder of the second bit stream

The algorithm field specifies the signature algorithm used (see Section 4.2.3 for the definition of this type). The signature is a digital signature using that algorithm. The content that is covered under the signature is the hash output as described in Section 4.4.1, namely:

Transcript-Hash(Handshake Context, Certificate)

https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3

### 4.3.2. Certificate Request

A server which is authenticating with a certificate MAY optionally request a certificate from the client. This message, if sent, MUST follow EncryptedExtensions.

Structure of this message:

```
struct {
    opaque certificate_request_context<0..2^8-1>;
    Extension extensions<2..2^16-1>;
} CertificateRequest;
```

https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>Second decryption algorithm<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

| | |
|---|---|
| | **4.2.3. Signature Algorithms**<br><br>TLS 1.3 provides two extensions for indicating which signature algorithms may be used in digital signatures. The "signature_algorithms_cert" extension applies to signatures in certificates, and the "signature_algorithms" extension, which originally appeared in TLS 1.2, applies to signatures in CertificateVerify messages. The keys found in certificates MUST also be of appropriate type for the signature algorithms they are used with. This is a particular issue for RSA keys and PSS signatures, as described below. If no "signature_algorithms_cert" extension is present, then the "signature_algorithms" extension also applies to signatures appearing in certificates. Clients which desire the server to authenticate itself via a certificate MUST send the "signature_algorithms" extension. If a server is authenticating via a certificate and the client has not sent a "signature_algorithms" extension, then the server MUST abort the handshake with a "missing_extension" alert (see Section 9.2).<br><br>The "signature_algorithms_cert" extension was added to allow implementations which supported different sets of algorithms for certificates and in TLS itself to clearly signal their capabilities. TLS 1.2 implementations SHOULD also process this extension. Implementations which have the same policy in both cases MAY omit the "signature_algorithms_cert" extension.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

| | |
|---|---|
| | The "extension_data" field of these extensions contains a SignatureSchemeList value:<br><br>`enum {`<br>`/* RSASSA-PKCS1-v1_5 algorithms */`<br>`rsa_pkcs1_sha256(0x0401),`<br>`rsa_pkcs1_sha384(0x0501),`<br>`rsa_pkcs1_sha512(0x0601),`<br><br>`/* ECDSA algorithms */`<br>`ecdsa_secp256r1_sha256(0x0403),`<br>`ecdsa_secp384r1_sha384(0x0503),`<br>`ecdsa_secp521r1_sha512(0x0603),`<br><br>`/* RSASSA-PSS algorithms with public key OID rsaEncryption */`<br>`rsa_pss_rsae_sha256(0x0804),`<br>`rsa_pss_rsae_sha384(0x0805),`<br>`rsa_pss_rsae_sha512(0x0806),`<br><br>`/* EdDSA algorithms */`<br>`ed25519(0x0807),`<br>`ed448(0x0808),`<br><br>`/* RSASSA-PSS algorithms with public key OID RSASSA-PSS */`<br>`rsa_pss_pss_sha256(0x0809),`<br>`rsa_pss_pss_sha384(0x080a),`<br>`rsa_pss_pss_sha512(0x080b),`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.2.3 |

| | |
|---|---|
| | certificate_request_context: An opaque string which identifies the certificate request and which will be echoed in the client's Certificate message. The certificate_request_context MUST be unique within the scope of this connection (thus preventing replay of client CertificateVerify messages). This field SHALL be zero length unless used for the post-handshake authentication exchanges described in Section 4.6.2. When requesting post-handshake authentication, the server SHOULD make the context unpredictable to the client (e.g., by randomly generating it) in order to prevent an attacker who has temporary access to the client's private key from pre-computing valid CertificateVerify messages.<br><br>extensions: A set of extensions describing the parameters of the certificate being requested. The "signature_algorithms" extension MUST be specified, and other extensions may optionally be included if defined for this message. Clients MUST ignore unrecognized extensions.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.3.2 |

| | |
|---|---|
| | If sent by a client, the signature algorithm used in the signature MUST be one of those present in the supported_signature_algorithms field of the "signature_algorithms" extension in the CertificateRequest message.<br><br>In addition, the signature algorithm MUST be compatible with the key in the sender's end-entity certificate. RSA signatures MUST use an RSASSA-PSS algorithm, regardless of whether RSASSA-PKCS1-v1_5 algorithms appear in "signature_algorithms". The SHA-1 algorithm MUST NOT be used in any signatures of CertificateVerify messages.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3<br><br>The receiver of a CertificateVerify message MUST verify the signature field. The verification process takes as input:<br><br>- The content covered by the digital signature<br><br>- The public key contained in the end-entity certificate found in the associated Certificate message<br><br>- The digital signature received in the signature field of the CertificateVerify message<br><br>If the verification fails, the receiver MUST terminate the handshake with a "decrypt_error" alert.<br><br>First decrypted bit stream or second bit stream<br><br>Remainder of the second bit stream<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4.3 |
| 4. The method of claim 2, further comprising receiving the first bit | The accused instrumentality practices that the first bit stream (e.g., TLS ciphertext within the AEAD-encrypted record) is received at a client computer (e.g., a client computer of the accused instrumentality) and the decryption of the remainder of the first bit stream |

| | |
|---|---|
| stream at a first target unit, wherein the decryption of the remainder of the first bit stream is done utilizing a first key obtained from a server. | (e.g., TLS ciphertext within the AEAD-encrypted record) is done utilizing a first key (e.g., a key obtained through the Handshake interaction with the server) obtained from a server (e.g., server of the accused instrumentality).   https://www.thehelperbees.com/ |

| | |
|---|---|
| |  |



*Source: Fiddler Capture*

TLS 1.3 (hereinafter "the standard") defines a security protocol for communicating content such as digital certificate, signatures and application data, etc., between a client and a server. The standard provides a layered protection model in which handshake messages are encrypted with AEAD encryption algorithm (such as TLS_AES_256_GCM_SHA384, etc.) to generate AEAD-encrypted TLSCiphertext record. Handshake messages (such as Certificate and CertificateVerify messages) further contain signature-protected content (e.g., digital certificate or digital signature) encrypted using a signature encryption algorithm (e.g., SHA-256 ECDSA, etc.). The encrypted handshake messages are then transmitted over a secure communication channel to the receiver-side for decryption.

**The Transport Layer Security (TLS) Protocol Version 1.3**

Abstract

This document specifies version 1.3 of the Transport Layer Security (TLS) protocol. TLS allows client/server applications to communicate over the Internet in a way that is designed to prevent eavesdropping, tampering, and message forgery.

| | |
|---|---|
| | https://datatracker.ietf.org/doc/html/rfc8446<br><br>**Introduction**<br><br>The primary goal of TLS is to provide a secure channel between two communicating peers; the only requirement from the underlying transport is a reliable, in-order data stream. Specifically, the secure channel should provide the following properties:<br><br>- Authentication: The server side of the channel is always authenticated; the client side is optionally authenticated. Authentication can happen via asymmetric cryptography (e.g., RSA [RSA], the Elliptic Curve Digital Signature Algorithm (ECDSA) [ECDSA], or the Edwards-Curve Digital Signature Algorithm (EdDSA) [RFC8032]) or a symmetric pre-shared key (PSK).<br><br>- Confidentiality: Data sent over the channel after establishment is only visible to the endpoints. TLS does not hide the length of the data it transmits, though endpoints are able to pad TLS records in order to obscure lengths and improve protection against traffic analysis techniques.<br><br>- Integrity: Data sent over the channel after establishment cannot be modified by attackers without detection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1<br><br>The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. As part of the handshake, the endpoints negotiate (i) an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) that governs record-layer encryption and |

| | |
|---|---|
| | decryption, and (ii) signature algorithms used to authenticate certificates and verify handshake integrity. After the 'Hello' handshake messages (ClientHello and ServerHello), all remaining handshake messages are encrypted using the negotiated AEAD cipher. The standard mandates that the AEAD algorithm used for record decryption must be one of the following cipher suites: TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, or TLS_AES_128_CCM_8_SHA256.<br><br>The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the negotiated cipher suit selected from one of the AEAD decryption algorithms (such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content is then processed using the associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.<br><br>**5. Record Protocol**<br><br>The TLS record protocol takes messages to be transmitted, fragments the data into manageable blocks, protects the records, and transmits the result. Received data is verified, decrypted, reassembled, and then delivered to higher-level clients.<br><br>TLS records are typed, which allows multiple higher-level protocols to be multiplexed over the same record layer. This document specifies four content types: handshake, application_data, alert, and change_cipher_spec. The change_cipher_spec record is used only for compatibility purposes (see Appendix D.4).<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5 |

| | |
|---|---|
| | **2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2<br><br>TLS consists of two primary components:<br><br>- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.<br><br>Negotiating encryption/decryption algorithm<br><br>- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys. |

| | |
|---|---|
| | https://datatracker.ietf.org/doc/html/rfc8446#section-1<br><br>All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2<br><br>**4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

5.1. **Record Layer**

The record layer fragments information blocks into TLSPlaintext records carrying data in chunks of 2^14 bytes or less. Message boundaries are handled differently depending on the underlying ContentType. Any future content types MUST specify appropriate rules. Note that these rules are stricter than what was enforced in TLS 1.2.

Handshake messages MAY be coalesced into a single TLSPlaintext record or fragmented across several records, provided that:

- Handshake messages MUST NOT be interleaved with other record types. That is, if a handshake message is split over two or more records, there MUST NOT be any other records between them.

https://datatracker.ietf.org/doc/html/rfc8446#section-5.1

5.2. **Record Payload Protection**

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

First bit stream

First decryption algorithm

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

| | |
|---|---|
| | AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.<br><br>I.e.,<br><br>`additional_data = TLSCiphertext.opaque_type \|\|`<br>`TLSCiphertext.legacy_record_version \|\|`<br>`TLSCiphertext.length`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | The AEAD approach enables applications that need cryptographic security services to more easily adopt those services. It benefits the application designer by allowing them to focus on important issues such as security services, canonicalization, and data marshaling, and relieving them of the need to design crypto mechanisms that meet their security goals. Importantly, the security of an AEAD algorithm can be analyzed independent from its use in a particular application. This property frees the user of the AEAD of the need to consider security aspects such as the relative order of authentication and encryption and the security of the particular combination of cipher and MAC, such as the potential loss of confidentiality through the MAC. The application designer that uses the AEAD interface need not select a particular AEAD algorithm during the design stage. Additionally, the interface to the AEAD is relatively simple, since it requires only a single key as input and requires only a single identifier to indicate the algorithm in use in a particular case.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-1.3 |

| | |
|---|---|
| | **2.1. Authenticated Encryption**<br><br>The authenticated encryption operation has four inputs, each of which is an octet string:<br><br>A secret key K, which MUST be generated in a way that is uniformly random or pseudorandom.<br><br>A nonce N. Each nonce provided to distinct invocations of the Authenticated Encryption operation MUST be distinct, for any particular value of the key, unless each and every nonce is zero-length. Applications that can generate distinct nonces SHOULD use the nonce formation method defined in Section 3.2, and MAY use any other method that meets the uniqueness requirement. Other applications SHOULD use zero-length nonces.<br><br>A plaintext P, which contains the data to be encrypted and authenticated.<br><br>The associated data A, which contains the data to be authenticated, but not encrypted.<br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.1 |

| | |
|---|---|
| | **2.2. Authenticated Decryption** First decryption algorithm<br><br>The authenticated decryption operation has four inputs: K, N, A, and C, as defined above. It has only a single output, either a plaintext value P or a special symbol FAIL that indicates that the inputs are not authentic. A ciphertext C, a nonce N, and associated data A are authentic for key K when C is generated by the encrypt operation with inputs K, N, P, and A, for some values of N, P, and A. The authenticated decrypt operation will, with high probability, return FAIL whenever the inputs N, P, and A were crafted by a nonce-respecting adversary that does not know the secret key (assuming that the AEAD algorithm is secure).<br><br>https://datatracker.ietf.org/doc/html/rfc5116#section-2.2<br><br>In order to decrypt and verify, the cipher takes as input the key, nonce, additional data, and the AEADEncrypted value. The output is either the plaintext or an error indicating that the decryption failed. There is no separate integrity check. Symbolically,<br><br>first decrypted bit stream<br>plaintext of encrypted_record =<br>AEAD-Decrypt(peer_write_key, nonce,<br>additional_data, AEADEncrypted)<br>decrypting the remainder of the first bit stream<br><br>If the decryption fails, the receiver MUST terminate the connection with a "bad_record_mac" alert.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-5.2 |

| | |
|---|---|
| | This specification defines the following cipher suites for use with TLS 1.3.<br><br>\| Description \| Value \|<br>\| TLS_AES_128_GCM_SHA256 \| {0x13,0x01} \|<br>\| TLS_AES_256_GCM_SHA384 \| {0x13,0x02} \|<br>\| TLS_CHACHA20_POLY1305_SHA256 \| {0x13,0x03} \|<br>\| TLS_AES_128_CCM_SHA256 \| {0x13,0x04} \|<br>\| TLS_AES_128_CCM_8_SHA256 \| {0x13,0x05} \|<br><br>https://datatracker.ietf.org/doc/html/rfc8446#appendix-B.4<br><br>As shown below, the computation to obtain the key requires handshake messages received from the server.<br><br>**7. Cryptographic Computations**<br><br>The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below. The key derivation process incorporates both the input secrets and the handshake transcript. Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections. |

| | |
|---|---|
| | https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`     HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>`Where HkdfLabel is specified as:`<br><br>`struct {`<br>`    uint16 length = Length;`<br>`    opaque label<7..255> = "tls13 " + Label;`<br>`    opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`     HKDF-Expand-Label(Secret, Label,`<br>`                       Transcript-Hash(Messages), Hash.length)`<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | (key schedule diagram below) |

```
             0
             |
             v
PSK ->  HKDF-Extract = Early Secret
             |
             +-----> Derive-Secret(., "ext binder" | "res binder", "")
             |                     = binder_key
             |
             +-----> Derive-Secret(., "c e traffic", ClientHello)
             |                     = client_early_traffic_secret
             |
             +-----> Derive-Secret(., "e exp master", ClientHello)
             |                     = early_exporter_master_secret
             v
       Derive-Secret(., "derived", "")
             |
             v
(EC)DHE -> HKDF-Extract = Handshake Secret
             |
             +-----> Derive-Secret(., "c hs traffic",
             |                     ClientHello...ServerHello)
             |                     = client_handshake_traffic_secret
             |
             +-----> Derive-Secret(., "s hs traffic",
             |                     ClientHello...ServerHello)
             |                     = server_handshake_traffic_secret
             v
       Derive-Secret(., "derived", "")
             |
             v
0 -> HKDF-Extract = Master Secret
             |
             +-----> Derive-Secret(., "c ap traffic",
             |                     ClientHello...server Finished)
             |                     = client_application_traffic_secret_0
             |
             +-----> Derive-Secret(., "s ap traffic",
             |                     ClientHello...server Finished)
             |                     = server_application_traffic_secret_0
             |
             +-----> Derive-Secret(., "exp master",
             |                     ClientHello...server Finished)
             |                     = exporter_master_secret
             |
             +-----> Derive-Secret(., "res master",
                                   ClientHello...client Finished)
                                   = resumption_master_secret
```

| | |
|---|---|
| 5. The method of claim 4, wherein the first key is a compound key. | The standard practices the method such that the first key (e.g., a key obtained through the Handshake interaction with the server) is a compound key (e.g., derived from combination of multiple elements).<br><br><br>https://www.thehelperbees.com/ |




*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. As part of the handshake, the endpoints negotiate (i) an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) that governs record-layer encryption and decryption, and (ii) signature algorithms used to authenticate certificates and verify handshake integrity. After the 'Hello' handshake messages (ClientHello and ServerHello), all remaining handshake messages are encrypted using the negotiated AEAD cipher. The standard mandates that the AEAD algorithm used for record decryption must be one of the following cipher suites: TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, or TLS_AES_128_CCM_8_SHA256.

The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the negotiated cipher suit selected from one of the AEAD decryption algorithms (such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a digital certificate or signature). This second-level encrypted content is then processed using the associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.

| | |
|---|---|
| | https://datatracker.ietf.org/doc/html/rfc8446#section-5<br><br>**2. Protocol Overview**<br><br>Negotiating encryption/decryption algorithm<br><br>The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2 |

| | |
|---|---|
| | TLS consists of two primary components:<br><br>- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.<br><br>Negotiating encryption/decryption algorithm<br><br>- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1<br><br>All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2 |

| | |
|---|---|
| | **4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

Digital Content

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>First decryption algorithm<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

5.2. Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

First bit stream

First decryption algorithm

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
   additional_data = TLSCiphertext.opaque_type ||
                     TLSCiphertext.legacy_record_version ||
                     TLSCiphertext.length
```

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

As shown below, the computation to obtain the key requires handshake messages received from the server. It requires secrets shared during Handshake messages and PSK to derive the key (e.g., compound key).

| | |
|---|---|
| | **7. Cryptographic Computations**<br><br>The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below. The key derivation process incorporates both the input secrets and the handshake transcript. Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`     HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>`Where HkdfLabel is specified as:`<br><br>`struct {`<br>`    uint16 length = Length;`<br>`    opaque label<7..255> = "tls13 " + Label;`<br>`    opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`     HKDF-Expand-Label(Secret, Label,`<br>`                       Transcript-Hash(Messages), Hash.length)`<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

```
             0
             |
             v
   PSK ->  HKDF-Extract = Early Secret
             |
             +-----> Derive-Secret(., "ext binder" | "res binder", "")
             |                     = binder_key
             |
             +-----> Derive-Secret(., "c e traffic", ClientHello)
             |                     = client_early_traffic_secret
             |
             +-----> Derive-Secret(., "e exp master", ClientHello)
             |                     = early_exporter_master_secret
             v
       Derive-Secret(., "derived", "")
             |
             v
   (EC)DHE -> HKDF-Extract = Handshake Secret
             |
             +-----> Derive-Secret(., "c hs traffic",
             |                     ClientHello...ServerHello)
             |                     = client_handshake_traffic_secret
             |
             +-----> Derive-Secret(., "s hs traffic",
             |                     ClientHello...ServerHello)
             |                     = server_handshake_traffic_secret
             v
       Derive-Secret(., "derived", "")
             |
             v
   0 -> HKDF-Extract = Master Secret
             |
             +-----> Derive-Secret(., "c ap traffic",
             |                     ClientHello...server Finished)
             |                     = client_application_traffic_secret_0
             |
             +-----> Derive-Secret(., "s ap traffic",
             |                     ClientHello...server Finished)
             |                     = server_application_traffic_secret_0
             |
             +-----> Derive-Secret(., "exp master",
             |                     ClientHello...server Finished)
             |                     = exporter_master_secret
             |
             +-----> Derive-Secret(., "res master",
                                   ClientHello...client Finished)
                                   = resumption_master_secret
```

6. The method of claim 5, wherein the first key is encrypted.

The standard discloses the method such that the first key (e.g., a key obtained through the Handshake interaction with the server) is encrypted.



*Source: Fiddler Capture*

The standard defines four record message types, including a handshake message type. The handshake messages are communicated to establish a secure channel for TLS communication. As part of the handshake, the endpoints negotiate (i) an AEAD cipher suite (e.g., TLS_AES_256_GCM_SHA384) that governs record-layer encryption and decryption, and (ii) signature algorithms used to authenticate certificates and verify handshake integrity. After the 'Hello' handshake messages (ClientHello and ServerHello), all remaining handshake messages are encrypted using the negotiated AEAD cipher. The standard mandates that the AEAD algorithm used for record decryption must be one of the following cipher suites: TLS_AES_128_GCM_SHA256, TLS_AES_256_GCM_SHA384, TLS_CHACHA20_POLY1305_SHA256, TLS_AES_128_CCM_SHA256, or TLS_AES_128_CCM_8_SHA256.

The standard further discloses performing, at the receiver side, a two-level decryption process. The receiver decrypts the AEAD-encrypted record using the negotiated cipher suit selected from one of the AEAD decryption algorithms (such as TLS_AES_256_GCM_SHA384, etc.). The resulting decrypted record (e.g., the Certificate and/or CertificateVerify message) contains the second-level encrypted content (e.g., a

digital certificate or signature). This second-level encrypted content is then processed using the associated decryption algorithm (e.g., the signature decryption algorithm such as SHA-256 ECDSA etc.) to decrypt and authenticate the protected digital content.

https://datatracker.ietf.org/doc/html/rfc8446#section-5

**2. Protocol Overview**

Negotiating encryption/decryption algorithm

The cryptographic parameters used by the secure channel are produced by the TLS handshake protocol. This sub-protocol of TLS is used by the client and server when first communicating with each other. The handshake protocol allows peers to negotiate a protocol version, select cryptographic algorithms, optionally authenticate each other, and establish shared secret keying material. Once the handshake is complete, the peers use the established keys to protect the application-layer traffic.

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | TLS consists of two primary components:<br><br>- A handshake protocol (Section 4) that authenticates the communicating parties, negotiates cryptographic modes and parameters, and establishes shared keying material. The handshake protocol is designed to resist tampering; an active attacker should not be able to force the peers to negotiate different parameters than they would if the connection were not under attack.<br><br>Negotiating encryption/decryption algorithm<br><br>- A record protocol (Section 5) that uses the parameters established by the handshake protocol to protect traffic between the communicating peers. The record protocol divides traffic up into a series of records, each of which is independently protected using the traffic keys.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1<br><br>All handshake messages after the ServerHello are now encrypted. The newly introduced EncryptedExtensions message allows various extensions previously sent in the clear in the ServerHello to also enjoy confidentiality protection.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-1.2 |

| | |
|---|---|
| | **4.4. Authentication Messages**<br><br>As discussed in Section 2, TLS generally uses a common set of messages for authentication, key confirmation, and handshake integrity: Certificate, CertificateVerify, and Finished. (The PSK binders also perform key confirmation, in a similar fashion.) These three messages are always sent as the last messages in their handshake flight. The Certificate and CertificateVerify messages are only sent under certain circumstances, as defined below. The Finished message is always sent as part of the Authentication Block. These messages are encrypted under keys derived from the [sender]_handshake_traffic_secret.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.4 |

Figure 1 below shows the basic full TLS handshake:

```
       Client                                           Server

Key  ^ ClientHello
Exch | + key_share*
     | + signature_algorithms*
     | + psk_key_exchange_modes*
     v + pre_shared_key*       -------->
                                                  ServerHello  ^ Key
                                                 + key_share*  | Exch
                                            + pre_shared_key*  v
                                        {EncryptedExtensions}  ^  Server
                                        {CertificateRequest*}  v  Params
                                               {Certificate*}  ^
                                         {CertificateVerify*}  | Auth
                                                   {Finished}  v
                               <--------  [Application Data*]
     ^ {Certificate*}
Auth | {CertificateVerify*}
     v {Finished}              -------->
       [Application Data]      <------->  [Application Data]
```

Digital Content

https://datatracker.ietf.org/doc/html/rfc8446#section-2

| | |
|---|---|
| | **4.1.1. Cryptographic Negotiation**<br><br>In TLS, the cryptographic negotiation proceeds by the client offering the following four sets of options in its ClientHello:<br><br>First decryption algorithm<br><br>- A list of cipher suites which indicates the AEAD algorithm/HKDF hash pairs which the client supports.<br><br>- A "supported_groups" (Section 4.2.7) extension which indicates the (EC)DHE groups which the client supports and a "key_share" (Section 4.2.8) extension which contains (EC)DHE shares for some or all of these groups.<br><br>- A "signature_algorithms" (Section 4.2.3) extension which indicates the signature algorithms which the client can accept. A "signature_algorithms_cert" extension (Section 4.2.3) may also be added to indicate certificate-specific signature algorithms.<br><br>- A "pre_shared_key" (Section 4.2.11) extension which contains a list of symmetric key identities known to the client and a "psk_key_exchange_modes" (Section 4.2.9) extension which indicates the key exchange modes that may be used with PSKs.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-4.1.1 |

5.2. Record Payload Protection

The record protection functions translate a TLSPlaintext structure into a TLSCiphertext structure. The deprotection functions reverse the process. In TLS 1.3, as opposed to previous versions of TLS, all ciphers are modeled as "Authenticated Encryption with Associated Data" (AEAD) [RFC5116]. AEAD functions provide a unified encryption and authentication operation which turns plaintext into authenticated ciphertext and back again. Each encrypted record consists of a plaintext header followed by an encrypted body, which itself contains a type and optional padding.

[First bit stream]

[First decryption algorithm]

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

AEAD algorithms take as input a single key, a nonce, a plaintext, and "additional data" to be included in the authentication check, as described in Section 2.1 of [RFC5116]. The key is either the client_write_key or the server_write_key, the nonce is derived from the sequence number and the client_write_iv or server_write_iv (see Section 5.3), and the additional data input is the record header.

I.e.,

```
   additional_data = TLSCiphertext.opaque_type ||
                     TLSCiphertext.legacy_record_version ||
                     TLSCiphertext.length
```

https://datatracker.ietf.org/doc/html/rfc8446#section-5.2

As shown below, the derivation to obtain the key (e.g., decryption the encrypted key) requires handshake messages received from the server. It requires secrets shared during Handshake messages and PSK to derive the key (e.g., compound key).

| | |
|---|---|
| | **7. Cryptographic Computations**<br><br>The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below. The key derivation process incorporates both the input secrets and the handshake transcript. Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`     HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>`Where HkdfLabel is specified as:`<br><br>`struct {`<br>`    uint16 length = Length;`<br>`    opaque label<7..255> = "tls13 " + Label;`<br>`    opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`     HKDF-Expand-Label(Secret, Label,`<br>`                       Transcript-Hash(Messages), Hash.length)`<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

```
                 0
                 |
                 v
   PSK ->  HKDF-Extract = Early Secret
                 |
                 +-----> Derive-Secret(., "ext binder" | "res binder", "")
                 |                     = binder_key
                 |
                 +-----> Derive-Secret(., "c e traffic", ClientHello)
                 |                     = client_early_traffic_secret
                 |
                 +-----> Derive-Secret(., "e exp master", ClientHello)
                 |                     = early_exporter_master_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   (EC)DHE -> HKDF-Extract = Handshake Secret
                 |
                 +-----> Derive-Secret(., "c hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = client_handshake_traffic_secret
                 |
                 +-----> Derive-Secret(., "s hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = server_handshake_traffic_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   0 -> HKDF-Extract = Master Secret
                 |
                 +-----> Derive-Secret(., "c ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = client_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "s ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = server_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "exp master",
                 |                     ClientHello...server Finished)
                 |                     = exporter_master_secret
                 |
                 +-----> Derive-Secret(., "res master",
                                       ClientHello...client Finished)
                                       = resumption_master_secret
```

| | |
|---|---|
| 7. The method of claim 6, further comprising decrypting the first key to yield a first decrypted compound key. | The standard discloses the method that further comprising decrypting the first key (e.g., a key obtained through the handshake interaction with the server) to yield a first decrypted compound key (e.g., derived from combination of multiple elements).<br><br><br>https://www.thehelperbees.com/ |

```
AB 33 69 13 F8 1C 01 71 97 BE 11 13 5D C7 2C C5 F5 5D 45 C4 9E DA CB 28 6D 46 0E 0B AA CA 04 84 28 23 60 74 A6 E4 34 8E 86 BD 01 A2 90 C0 03 38 3D 88 7D 15 B5 73 F1 43 39 65 45 00 D5 EB 74 BA 17
72 42 62 97 60 12 23 A6 D8 CE 7C 86 33 66 80 0C 26 2B 22 37 29 66 6F 8B 52 FE 68 67 31 70 4B 30 22 1F 22 6B 23 78 13 8F 63 50 3B 2C F4 CB 5D D7 7F CA 5B B8 E9 E5 A0 A3 80 0D AA 95 AB E4 A6 C4 9D
27 5C 90 77 0F 4A 7E A3 CB 82 21 BA B6 6C 5C 91 E1 7E 0F A4 45 AB 2D 70 DB 02 C4 38 1C 50 2C 34 19 20 74 56 13 A3 AC 3C 8C 8E 7A DB AD 6A 55 3F 01 2C 16 AE 0F 0D E1 6C 50 5F ED 54 70 00 06 4B FA
12 00 1D 00 20 4D 46 96 FC F4 47 70 16 18 AA 74 33 B8 67 3F 30 9D 95 09 C9 5F 05 7B 9C D2 54 8B DB 5B E8 86 06
          server_name          www.thehelperbees.com
          signature_algs       Unknown[0x4]_Unknown[0x9], Unknown[0x5]_Unknown[0x9], Unknown[0x6]_Unknown[0x9], ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1
_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384, rsa_pss_rsae_sha512, rsa_pkcs1_sha512
          extended_master_secret     empty
          status_request       OCSP - Implicit Responder
          0xfe0d               00 00 01 00 01 22 00 20 5E 85 A4 59 6E 74 15 66 CE 3D CA E2 51 3A C8 8B 7C 42 D8 99 75 27 C2 44 03 8F 8E A0 53 24 6D 48 00 B0 AE 53 49 A2 DB 22 49 C2 39 91 BD CC 74 12
C5 EE 40 5D CE CC 18 D2 BE DF F9 BD 54 81 2E 9F EB A9 00 D2 3C 1F C3 77 7C 49 DF 7F D5 F1 CE 83 50 DD 50 10 C0 8B 0C 0E BE B4 9C 95 1F CF 97 86 63 D1 05 5E 41 93 6A 89 2F 10 56 15 B5 4C 31 14
CC 8D 25 22 88 19 FB 4B 9D 98 4B 66 96 F2 59 75 6D C9 2E 9A EF 7C 70 8D A2 08 CD A0 96 A7 93 69 74 33 F3 D0 C1 0A C1 C5 2F B5 6D 21 91 A4 D0 A9 57 2D 4C CA AC CA 1B 62 0E 40 D2 22 A3 27 24 C6 F9
F8 79 AB B7 95 54 13 66 E5 E3 B5 B4 13 83 85 F7 50 CD 1A 47 9A 48 60 A5 A4 59 D4 5F E8 76 25 81 B4
          SessionTicket        empty
          supported_groups     grease [0x7a7a], unknown [0x11ec], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
          renegotiation_info   00
          grease (0x8a8a)      00
Ciphers:
          [8A8A]    Unrecognized cipher - See https://www.iana.org/assignments/tls-parameters/
          [1301]    TLS_AES_128_GCM_SHA256
```

*Source: Fiddler Capture*

As shown below, the pre-shared key (e.g., target unit specific key) is used to derive decryption key for the TLS ciphertext (e.g., first bit stream).

**7. Cryptographic Computations**

The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below. The key derivation process incorporates both the input secrets and the handshake transcript. Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.

https://datatracker.ietf.org/doc/html/rfc8446#section-7

| | |
|---|---|
| | The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`     HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>`Where HkdfLabel is specified as:`<br><br>`struct {`<br>`    uint16 length = Length;`<br>`    opaque label<7..255> = "tls13 " + Label;`<br>`    opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`     HKDF-Expand-Label(Secret, Label,`<br>`                       Transcript-Hash(Messages), Hash.length)`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4) target unit specific key<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Although TLS PSKs can be established out of band, PSKs can also be established in a previous connection and then used to establish a new connection ("session resumption" or "resuming" with a PSK). Once a handshake has completed, the server can send the client a PSK identity that corresponds to a unique key derived from the initial handshake (see Section 4.6.1). The client can then use that PSK identity in future handshakes to negotiate the use of the associated PSK. If the server accepts the PSK, then the security context of the new connection is cryptographically tied to the original connection and the key derived from the initial handshake is used to bootstrap the cryptographic state instead of a full handshake. In TLS 1.2 and below, this functionality was provided by "session IDs" and "session tickets" [RFC5077]. Both mechanisms are obsoleted in TLS 1.3.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2.2 |



```
                 0
                 |
                 v
   PSK ->  HKDF-Extract = Early Secret
                 |
                 +-----> Derive-Secret(., "ext binder" | "res binder", "")
                 |                     = binder_key
                 |
                 +-----> Derive-Secret(., "c e traffic", ClientHello)
                 |                     = client_early_traffic_secret
                 |
                 +-----> Derive-Secret(., "e exp master", ClientHello)
                 |                     = early_exporter_master_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   (EC)DHE -> HKDF-Extract = Handshake Secret
                 |
                 +-----> Derive-Secret(., "c hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = client_handshake_traffic_secret
                 |
                 +-----> Derive-Secret(., "s hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = server_handshake_traffic_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   0 -> HKDF-Extract = Master Secret
                 |
                 +-----> Derive-Secret(., "c ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = client_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "s ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = server_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "exp master",
                 |                     ClientHello...server Finished)
                 |                     = exporter_master_secret
                 |
                 +-----> Derive-Secret(., "res master",
                                       ClientHello...client Finished)
                                       = resumption_master_secret
```

| | |
|---|---|
| 8. The method of claim 7, wherein the first key is decrypted with a target unit specific key. | The standard discloses the method such that the first key (e.g., a key obtained through the Handshake interaction with the server) is decrypted with a target unit specific key (e.g., pre-shared key).<br><br><br>https://www.thehelperbees.com/ |

```
AB 33 69 13 F8 1C 01 71 97 BE 11 13 5D C7 2C C5 F5 5D 45 C4 9E DA CB 28 6D 46 0E 0B AA CA 04 84 28 23 60 74 A6 E4 34 8E 86 BD 01 A2 90 C0 03 38 3D 88 7D 15 B5 73 F1 43 39 65 45 00 D5 EB 74 BA 17
72 42 62 97 60 12 23 A6 D8 CE 7C 86 33 66 80 0C 26 2B 22 37 29 66 6F 8B 52 FE 68 67 31 70 4B 30 22 1F 22 6B 23 78 13 8F 63 50 3B 2C F4 CB 5D D7 7F CA 5B B8 E9 E5 A0 A3 80 0D AA 95 AB E4 A6 C4 9D
27 5C 90 77 0F 4A 7E A3 CB 82 21 BA B6 6C 5C 91 E1 7E 0F A4 45 AB 2D 70 DB 02 C4 38 1C 50 2C 34 19 20 74 56 13 A3 AC 3C 8C 8E 7A DB AD 6A 55 3F 01 2C 16 AE 0F 0D E1 6C 50 5F ED 54 70 00 06 4B FA
12 00 1D 00 20 4D 46 96 FC E4 47 70 16 18 AA 74 33 B8 67 3F 30 9D 95 09 C9 5F 05 7B 9C D2 54 8B DB 5B E8 86 06
        server_name        www.thehelperbees.com
        signature_algs     Unknown[0x4]_Unknown[0x9], Unknown[0x5]_Unknown[0x9], Unknown[0x6]_Unknown[0x9], ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1
_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384, rsa_pss_rsae_sha512, rsa_pkcs1_sha512
        extended_master_secret        empty
        status_request     OCSP - Implicit Responder
        0xfe0d             00 00 01 00 01 22 00 20 5E 85 A4 59 6E 74 15 66 CE 3D CA E2 51 3A C8 8B 7C 42 D8 99 75 27 C2 44 03 8F 8E A0 53 24 6D 48 00 B0 AE 53 49 A2 DB 22 49 C2 39 91 BD CC 74 12
C5 EE 40 5D CE CC 18 D2 BE DF F9 BD 54 81 2E 9F EB A9 00 D2 3C 1F C3 77 7C 49 DF 7F D5 F1 CE 83 50 DD 50 10 C0 8B 0C 0E BE B4 9C 95 1F CF 97 86 63 D1 05 5E 41 93 6A 89 2F 10 56 15 B5 4C 31 14
CC 8D 25 22 88 19 FB 4B 9D 98 4B 66 96 F2 59 75 6D C9 2E 9A EF 7C 70 8D A2 08 CD A0 96 A7 93 69 74 33 F3 D0 C1 0A C1 C5 2F B5 6D 21 91 A4 D0 A9 57 2D 4C CA AC CA 1B 62 0E 40 D2 22 A3 27 24 C6 F9
F8 79 AB B7 95 54 13 66 E5 E3 B5 B4 13 83 85 F7 50 CD 1A 47 9A 48 60 A5 A4 59 D4 5F E8 76 25 81 B4
        SessionTicket      empty
        supported_groups   grease [0x7a7a], unknown [0x11ec], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
        renegotiation_info 00
        grease (0x8a8a)    00
Ciphers:
        [8A8A]   Unrecognized cipher - See https://www.iana.org/assignments/tls-parameters/
        [1301]   TLS_AES_128_GCM_SHA256
```


*Source: Fiddler Capture*

As shown below, the pre-shared key (e.g., target unit specific key) is used to derive decryption key for the TLS ciphertext (e.g., first bit stream).

**7. Cryptographic Computations**

```
The TLS handshake establishes one or more input secrets which are
combined to create the actual working keying material, as detailed
below.  The key derivation process incorporates both the input
secrets and the handshake transcript.  Note that because the
handshake transcript includes the random values from the Hello
messages, any given handshake will have different traffic secrets,
even if the same input secrets are used, as is the case when the same
PSK is used for multiple connections.
```

https://datatracker.ietf.org/doc/html/rfc8446#section-7

| | |
|---|---|
| | The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`     HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>`Where HkdfLabel is specified as:`<br><br>`struct {`<br>`    uint16 length = Length;`<br>`    opaque label<7..255> = "tls13 " + Label;`<br>`    opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`     HKDF-Expand-Label(Secret, Label,`<br>`                       Transcript-Hash(Messages), Hash.length)`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4) target unit specific key<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Although TLS PSKs can be established out of band, PSKs can also be established in a previous connection and then used to establish a new connection ("session resumption" or "resuming" with a PSK). Once a handshake has completed, the server can send the client a PSK identity that corresponds to a unique key derived from the initial handshake (see Section 4.6.1). The client can then use that PSK identity in future handshakes to negotiate the use of the associated PSK. If the server accepts the PSK, then the security context of the new connection is cryptographically tied to the original connection and the key derived from the initial handshake is used to bootstrap the cryptographic state instead of a full handshake. In TLS 1.2 and below, this functionality was provided by "session IDs" and "session tickets" [RFC5077]. Both mechanisms are obsoleted in TLS 1.3.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2.2 |

```
                 0
                 |
                 v
   PSK ->  HKDF-Extract = Early Secret
                 |
                 +-----> Derive-Secret(., "ext binder" | "res binder", "")
                 |                     = binder_key
                 |
                 +-----> Derive-Secret(., "c e traffic", ClientHello)
                 |                     = client_early_traffic_secret
                 |
                 +-----> Derive-Secret(., "e exp master", ClientHello)
                 |                     = early_exporter_master_secret
                 v
           Derive-Secret(., "derived", "")
                 |                                target unit specific key
                 v
   (EC)DHE -> HKDF-Extract = Handshake Secret
                 |
                 +-----> Derive-Secret(., "c hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = client_handshake_traffic_secret
                 |
                 +-----> Derive-Secret(., "s hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = server_handshake_traffic_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   0 -> HKDF-Extract = Master Secret
                 |
                 +-----> Derive-Secret(., "c ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = client_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "s ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = server_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "exp master",
                 |                     ClientHello...server Finished)
                 |                     = exporter_master_secret
                 |
                 +-----> Derive-Secret(., "res master",
                                       ClientHello...client Finished)
                                       = resumption_master_secret
```

| | |
|---|---|
| 9. The method of claim 8, wherein the target unit specific key is associated with a serial number of the target unit at the server. | The standard discloses the method such that the target unit specific key (e.g., pre-shared key) is associated with a serial number of the target unit (e.g., a client computer of the accused instrumentality) at the server (e.g., the server of the accused instrumentality).<br><br><br>https://www.thehelperbees.com/<br><br>As shown below, the accused instrumentality stores client_id, session id, etc., to identify a unique client. It also utilizes the pre-shared key from a previous session. It must be having the pre-shared key linked with a client computer identifier such that the pre-shared key can be used to derive decryption key for the TLS ciphertext (e.g., first bit stream) for the client computer. |

AB 33 69 13 F8 1C 01 71 97 BE 11 13 5D C7 2C C5 F5 5D 45 C4 9E DA CB 28 6D 46 0E 0B AA CA 04 84 28 23 60 74 A6 E4 34 8E 86 BD 01 A2 90 C0 03 38 3D 88 7D 15 B5 73 F1 43 39 65 45 00 D5 EB 74 BA 17
72 42 62 97 60 12 23 A6 D8 CE 7C 86 33 66 80 0C 26 2B 22 37 29 66 6F 8B 52 FE 68 67 31 70 4B 30 22 1F 22 6B 23 78 13 8F 63 50 3B 2C F4 CB 5D D7 7F CA 5B B8 E9 E5 A0 A3 80 0D AA 95 AB E4 A6 C4 9D
27 5C 90 77 0F 4A 7E A3 CB 82 21 BA B6 6C 5C 91 E1 7E 0F A4 45 AB 2D 70 DB 02 C4 38 1C 50 2C 34 19 20 74 56 13 A3 AC 3C 8C 8E 7A DB AD 6A 55 3F 01 2C 16 AE 0F 0D E1 6C 50 5F ED 54 70 00 06 4B FA
12 00 1D 00 20 4D 46 96 FC E4 47 70 16 18 AA 74 33 B8 67 3F 30 9D 95 09 C9 5F 05 7B 9C D2 54 8B DB 5B E8 86 06
server_name www.thehelperbees.com
signature_algs Unknown[0x4]_Unknown[0x9], Unknown[0x5]_Unknown[0x9], Unknown[0x6]_Unknown[0x9], ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1
_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384, rsa_pss_rsae_sha512, rsa_pkcs1_sha512
extended_master_secret empty
status_request OCSP - Implicit Responder
0xfe0d 00 00 01 00 01 22 00 20 5E 85 A4 59 6E 74 15 66 CE 3D CA E2 51 3A C8 8B 7C 42 D8 99 75 27 C2 44 03 8F 8E A0 53 24 6D 48 00 B0 AE 53 49 A2 DB 22 49 C2 39 91 BD CC 74 12
C5 EE 40 5D CE CC 18 D2 BE DF F9 BD 54 81 2E 9F EB A9 00 D2 3C 1F C3 77 7C 49 DF 7F D5 F1 CE 83 50 DD 50 10 C0 8B 0C 0E BE B4 9C 95 1F CF 97 86 63 D1 05 5E 41 93 6A 89 2F 10 56 15 B5 4C 31 14
CC 8D 25 22 88 19 FB 4B 9D 98 4B 66 96 F2 59 75 6D C9 2E 9A EF 7C 70 8D A2 08 CD A0 96 A7 93 69 74 33 F3 D0 C1 0A C1 C5 2F B5 6D 21 91 A4 D0 A9 57 2D 4C CA AC CA 1B 62 0E 40 D2 22 A3 27 24 C6 F9
F8 79 AB B7 95 54 13 66 E5 E3 B5 B4 13 83 85 F7 50 CD 1A 47 9A 48 60 A5 A4 59 D4 5F E8 76 25 81 B4
SessionTicket empty
supported_groups grease [0x7a7a], unknown [0x11ec], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
renegotiation_info 00
grease (0x8a8a) 00
Ciphers:
[8A8A] Unrecognized cipher - See https://www.iana.org/assignments/tls-parameters/
[1301] TLS_AES_128_GCM_SHA256

*Source: Fiddler Capture*

| | |
|---|---|
| npa | 0 |
| dma | 0 |
| _eu | AAAAAAQ |
| are | 1 |
| cid | 13932[redacted] |
| frm | 0 |
| ngs | 1 |
| pscdl | noapi |
| rcb | 11 |
| sr | 1536x864 |
| uaa | x86 |
| uab | 64 |
| uafvl | Not%3BA%3DBrand;8.0.0.0\|Chromium;150.0.7871.125\|Google%20Chrome;150.0.7871.125 |

https://www.thehelperbees.com/help

| | |
|---|---|
| sid | 17[redacted] |
| sct | 1 |
| seg | 1 |
| dl | https://www.thehelperbees.com/help |
| dr | https://www.thehelperbees.com/member-sign-in |
| dt | Support & Help Center \| The Helper Bees |
| en | page_view |

https://www.thehelperbees.com/help

**7. Cryptographic Computations**

The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below. The key derivation process incorporates both the input secrets and the handshake transcript. Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.

https://datatracker.ietf.org/doc/html/rfc8446#section-7

| | |
|---|---|
| | The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>Where HkdfLabel is specified as:<br><br>`struct {`<br>`uint16 length = Length;`<br>`opaque label<7..255> = "tls13 " + Label;`<br>`opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`HKDF-Expand-Label(Secret, Label,`<br>`Transcript-Hash(Messages), Hash.length)`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4) target unit specific key<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Although TLS PSKs can be established out of band, PSKs can also be established in a previous connection and then used to establish a new connection ("session resumption" or "resuming" with a PSK). Once a handshake has completed, the server can send the client a PSK identity that corresponds to a unique key derived from the initial handshake (see Section 4.6.1). The client can then use that PSK identity in future handshakes to negotiate the use of the associated PSK. If the server accepts the PSK, then the security context of the new connection is cryptographically tied to the original connection and the key derived from the initial handshake is used to bootstrap the cryptographic state instead of a full handshake. In TLS 1.2 and below, this functionality was provided by "session IDs" and "session tickets" [RFC5077]. Both mechanisms are obsoleted in TLS 1.3.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2.2 |

```
              0
              |
              v
PSK ->  HKDF-Extract = Early Secret
              |
              +-----> Derive-Secret(., "ext binder" | "res binder", "")
              |                     = binder_key
              |
              +-----> Derive-Secret(., "c e traffic", ClientHello)
              |                     = client_early_traffic_secret
              |
              +-----> Derive-Secret(., "e exp master", ClientHello)
              |                     = early_exporter_master_secret
              v
        Derive-Secret(., "derived", "")          target unit specific key
              |
              v
(EC)DHE -> HKDF-Extract = Handshake Secret
              |
              +-----> Derive-Secret(., "c hs traffic",
              |                     ClientHello...ServerHello)
              |                     = client_handshake_traffic_secret
              |
              +-----> Derive-Secret(., "s hs traffic",
              |                     ClientHello...ServerHello)
              |                     = server_handshake_traffic_secret
              v
        Derive-Secret(., "derived", "")
              |
              v
0 -> HKDF-Extract = Master Secret
              |
              +-----> Derive-Secret(., "c ap traffic",
              |                     ClientHello...server Finished)
              |                     = client_application_traffic_secret_0
              |
              +-----> Derive-Secret(., "s ap traffic",
              |                     ClientHello...server Finished)
              |                     = server_application_traffic_secret_0
              |
              +-----> Derive-Secret(., "exp master",
              |                     ClientHello...server Finished)
              |                     = exporter_master_secret
              |
              +-----> Derive-Secret(., "res master",
                                    ClientHello...client Finished)
                                    = resumption_master_secret
```

| | |
|---|---|
| 10. The method of claim 9, wherein the target unit specific key is resident in hardware of the target unit. | The standard discloses the method such that the target unit specific key (e.g., pre-shared key) is resident in hardware (e.g., memory storage of the client computer) of the target unit (e.g., a client computer of the accused instrumentality).<br><br>https://www.thehelperbees.com/ |

AB 33 69 13 F8 1C 01 71 97 BE 11 13 5D C7 2C C5 F5 5D 45 C4 9E DA CB 28 6D 46 0E 0B AA CA 04 84 28 23 60 74 A6 E4 34 8E 86 BD 01 A2 90 C0 03 38 3D 88 7D 15 B5 73 F1 43 39 65 45 00 D5 EB 74 BA 17
72 42 62 97 60 12 23 A6 D8 CE 7C 86 33 66 80 0C 26 2B 22 37 29 66 6F 8B 52 FE 68 67 31 70 4B 30 22 1F 22 6B 23 78 13 8F 63 50 3B 2C F4 CB 5D D7 7F CA 5B B8 E9 E5 A0 A3 80 0D AA 95 AB E4 A6 C4 9D
27 5C 90 77 0F 4A 7E A3 CB 82 21 BA B6 6C 5C 91 E1 7E 0F A4 45 AB 2D 70 DB 02 C4 38 1C 50 2C 34 19 20 74 56 13 A3 AC 3C 8C 8E 7A DB AD 6A 55 3F 01 2C 16 AE 0F 0D E1 6C 50 5F ED 54 70 00 06 4B FA
12 00 1D 00 20 4D 46 96 EC E4 47 70 16 18 AA 74 33 B8 67 3F 30 9D 95 09 C9 5F 05 7B 9C D2 54 8B DB 5B E8 86 06
server_name www.thehelperbees.com
signature_algs Unknown[0x4]_Unknown[0x9], Unknown[0x5]_Unknown[0x9], Unknown[0x6]_Unknown[0x9], ecdsa_secp256r1_sha256, rsa_pss_rsae_sha256, rsa_pkcs1_sha256, ecdsa_secp384r1_sha384, rsa_pss_rsae_sha384, rsa_pkcs1_sha384, rsa_pss_rsae_sha512, rsa_pkcs1_sha512
extended_master_secret empty
status_request OCSP - Implicit Responder
0xfe0d 00 00 01 00 01 22 00 20 5E 85 A4 59 6E 74 15 66 CE 3D CA E2 51 3A C8 8B 7C 42 D8 99 75 27 C2 44 03 8F 8E A0 53 24 6D 48 00 B0 AE 53 49 A2 DB 22 49 C2 39 91 BD CC 74 12
C5 EE 40 5D CE CC 18 D2 BE DF F9 BD 54 81 2E 9F EB A9 00 D2 3C 1F C3 77 7C 49 DF 7F D5 F1 CE 83 50 DD 50 10 C0 8B 0C 0E BE B4 9C 95 1F CF 97 86 63 D1 05 5E 41 93 6A 89 2F 10 56 15 B5 4C 31 14
CC 8D 25 22 88 19 FB 4B 9D 98 4B 66 96 F2 59 75 6D C9 2E 9A EF 7C 70 8D A2 08 CD A0 96 A7 93 69 74 33 F3 D0 C1 0A C1 C5 2F B5 6D 21 91 A4 D0 A9 57 2D 4C CA AC CA 1B 62 0E 40 D2 22 A3 27 24 C6 F9
F8 79 AB B7 95 54 13 66 E5 E3 B5 B4 13 83 85 F7 50 CD 1A 47 9A 48 60 A5 A4 59 D4 5F E8 76 25 81 B4
SessionTicket empty
supported_groups grease [0x7a7a], unknown [0x11ec], x25519 [0x1d], secp256r1 [0x17], secp384r1 [0x18]
renegotiation_info 00
grease (0x8a8a) 00
Ciphers:
[8A8A] Unrecognized cipher - See https://www.iana.org/assignments/tls-parameters/
[1301] TLS_AES_128_GCM_SHA256

*Source: Fiddler Capture*

As shown below, the pre-shared key (e.g., target unit specific key) resides at the client computer. It is used to derive decryption key for the TLS ciphertext (e.g., first bit stream).

**7. Cryptographic Computations**

The TLS handshake establishes one or more input secrets which are combined to create the actual working keying material, as detailed below. The key derivation process incorporates both the input secrets and the handshake transcript. Note that because the handshake transcript includes the random values from the Hello messages, any given handshake will have different traffic secrets, even if the same input secrets are used, as is the case when the same PSK is used for multiple connections.

https://datatracker.ietf.org/doc/html/rfc8446#section-7

| | |
|---|---|
| | The key derivation process makes use of the HKDF-Extract and HKDF-Expand functions as defined for HKDF [RFC5869], as well as the functions defined below:<br><br>`HKDF-Expand-Label(Secret, Label, Context, Length) =`<br>`     HKDF-Expand(Secret, HkdfLabel, Length)`<br><br>`Where HkdfLabel is specified as:`<br><br>`struct {`<br>`    uint16 length = Length;`<br>`    opaque label<7..255> = "tls13 " + Label;`<br>`    opaque context<0..255> = Context;`<br>`} HkdfLabel;`<br><br>`Derive-Secret(Secret, Label, Messages) =`<br>`     HKDF-Expand-Label(Secret, Label,`<br>`                       Transcript-Hash(Messages), Hash.length)`<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4)<br>https://datatracker.ietf.org/doc/html/rfc8446#section-7 |

| | |
|---|---|
| | Keys are derived from two input secrets using the HKDF-Extract and Derive-Secret functions. The general pattern for adding a new secret is to use HKDF-Extract with the Salt being the current secret state and the Input Keying Material (IKM) being the new secret to be added. In this version of TLS 1.3, the two input secrets are:<br><br>- PSK (a pre-shared key established externally or derived from the resumption_master_secret value from a previous connection)<br><br>- (EC)DHE shared secret (Section 7.4) target unit specific key<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-7<br><br>Although TLS PSKs can be established out of band, PSKs can also be established in a previous connection and then used to establish a new connection ("session resumption" or "resuming" with a PSK). Once a handshake has completed, the server can send the client a PSK identity that corresponds to a unique key derived from the initial handshake (see Section 4.6.1). The client can then use that PSK identity in future handshakes to negotiate the use of the associated PSK. If the server accepts the PSK, then the security context of the new connection is cryptographically tied to the original connection and the key derived from the initial handshake is used to bootstrap the cryptographic state instead of a full handshake. In TLS 1.2 and below, this functionality was provided by "session IDs" and "session tickets" [RFC5077]. Both mechanisms are obsoleted in TLS 1.3.<br><br>https://datatracker.ietf.org/doc/html/rfc8446#section-2.2 |

```
                 0
                 |
                 v
   PSK ->  HKDF-Extract = Early Secret
                 |
                 +-----> Derive-Secret(., "ext binder" | "res binder", "")
                 |                     = binder_key
                 |
                 +-----> Derive-Secret(., "c e traffic", ClientHello)
                 |                     = client_early_traffic_secret
                 |
                 +-----> Derive-Secret(., "e exp master", ClientHello)
                 |                     = early_exporter_master_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   (EC)DHE -> HKDF-Extract = Handshake Secret
                 |
                 +-----> Derive-Secret(., "c hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = client_handshake_traffic_secret
                 |
                 +-----> Derive-Secret(., "s hs traffic",
                 |                     ClientHello...ServerHello)
                 |                     = server_handshake_traffic_secret
                 v
           Derive-Secret(., "derived", "")
                 |
                 v
   0 -> HKDF-Extract = Master Secret
                 |
                 +-----> Derive-Secret(., "c ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = client_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "s ap traffic",
                 |                     ClientHello...server Finished)
                 |                     = server_application_traffic_secret_0
                 |
                 +-----> Derive-Secret(., "exp master",
                 |                     ClientHello...server Finished)
                 |                     = exporter_master_secret
                 |
                 +-----> Derive-Secret(., "res master",
                                       ClientHello...client Finished)
                                       = resumption_master_secret
```

target unit specific key