Court Stamp Here

# RETURN OF SERVICE

Notice: This document contains sensitive data

| | |
|---|---|
| Court<br>**District Court**<br>**Clerk of the District Court of Brewster County, Texas**<br>**Brewster County, Texas** | |
| Plaintiff<br>**Torus Ventures LLC** | Cause #<br>**7:26-cv-360** |
| Defendant(s)<br>**The Helper Bees, Inc.** | Came to Hand Date/Time<br>**9/09/2026 8:47 PM** |
| Manner of Service<br>**Personal** | Service Date/Time<br>**9/10/2026 9:05 AM** |
| Documents<br>**SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; APPEARANCE OF COUNSEL; COMPLAINT FOR PATENT INFRINGEMENT; STANDING ORDER** | Service Fee:<br>**$136.74** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **9/10/2026** at **9:05 AM**: I served **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, APPEARANCE OF COUNSEL, COMPLAINT FOR PATENT INFRINGEMENT, STANDING ORDER** upon **The Helper Bees, Inc. c/o The Company Corporation, Registered Agent** by delivering **1** true and correct copy(ies) thereof, with **The Helper Bees, Inc. c/o The Company Corporation, Registered Agent, I delivered the documents to The Company Corporation, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 25-35 years of age, 5'8"-5'10" tall and weighing 120-140 lbs with an accent.** at **251 Little Falls Dr, Wilmington, DE 19808-1674**.

**For photos and details, view this serve's complete EvidenceChain® at https://www.evidencechain.com/3ZJKVY**

My name is: **Haley Sarvaiya** and my date of birth is **09/04/1996**
My address is: **118 W 8th Street, New Castle, DE 19720**, USA.
null

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in New Castle county, DE.

Haley Sarvaiya 09/10/2026

Haley Sarvaiya Date Executed